TT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

 **FILED**

MAY 2 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Gloria D. Fields*          )
_____          )
_____          )
_____          )          CIVIL ACTION
(Name of the plaintiff or plaintiffs)          )
          )
          )          NC **1:15-cv-04581**
          v.          )          **Judge Rebecca R. Pallmeyer**
*Chicago Public Schools*          )          **Magistrate Judge Susan E. Cox**
*Chad P. Weiden,*          )
*Principal*          )
_____          )
(Name of the defendant or defendants)          )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is *Gloria D. Fields* of the

county of *COOK* in the state of *Illinois*.

3.  The defendant is *Chicago Public Schools \ Chad P. Weiden, Principal* whose

street address is *42 West Madison \ 6525 N. Hiawatha*

(city) *Chicago* (county) *Cook* (state) *IL* (ZIP) *6*

(Defendant's telephone number) *733 534-1000 \ 773-534-1994*

4.  The plaintiff sought employment or was employed by the defendant at (street address)

*6525 N. Hiawatha* (city) *Chicago*

(county) *Cook* (state) *IL* (ZIP code) *60646*

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

      (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) *April* (day) 27 (year) 2015.

      (ii) ☒ the Illinois Department of Human Rights, on or about (month) *April* (day) 27 (year) 2015.

  (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐      Yes (month)_____ (day)_____ (year) _____

☐      No, did not file Complaint of Employment Discrimination

(b)      The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c)      Attached is a copy of the

     (i)   Complaint of Employment Discrimination,

         ☒ YES     ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

         ☒ YES     ☐ NO, but a copy will be filed within 14 days.

8.      *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

     (a) ☐      the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

     (b) ☒      the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) *May* (day) *5* (year) *2015* a copy of which *Notice* is attached to this complaint.

9.      The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

     (a) ☒   Age (Age Discrimination Employment Act).

     (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above; *Age: DOB 08/31/1955*

(h) ☒ other (specify): *continuous chauvinstic tactics to intimidate, threaten with written and verbal interactions (communications) that have proven to substantially interefere with my day-to-*

day instructions. As a result, as the plaintiff; I have incurred/experienced substantial deterimental effects physically and mentally.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Written Documentation can be provided.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff **[check only those that apply]**

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): cease and desist heightened scrutiny in classroom, additional absence procedures / reporting procedures and implementation of discipline based on race, age, and sex.

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Gloria D. Fields*

(Plaintiff's name)

*Gloria D. Fields*

(Plaintiff's street address)

*6166 N. Sheridan Rd. #6D*

*Chicago, IL*

(City)_____ (State)_____ (ZIP) *60660*

(Plaintiff's telephone number) *313 203-5213 (c)*

*(773) 338-5748*

Date: *May 19, 2015*

*26*

6



440-2015-03744

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." **(PLEASE PRINT)**

**1. Personal Information**

Ms. Gloria D. Fields
6166 N Sheridan Rd, #6D
Chicago, IL 60660

Last Name: _____ MI: _____

Street or Mailing Address: _____ Apt or Unit #: _____

City: _____ County: COOK State: _____ Zip: _____

Phone Numbers: Home: (773) 338-5748  Work: (773) 534-1194

Cell: (812) 203-5213  Email Address: gdfields831@gmail.com

Date of Birth: 08-31-1955  Sex: ☐ Male ☒ Female  Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.  i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race? Please choose all that apply. ☐ American Indian or Alaskan Native ☐ Asian ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? United States of America

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Jesse Fields  Relationship: Husband

Address: 6166 N. Sheridan Rd  City: Chicago  State: IL  Zip Code: 60660

Home Phone: (773) 338-5748  Other Phone: (___) NA

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☒ Employer ☐ Union ☐ Employment Agency ☒ Other (Please Specify) Supervisor, Chad Weiden

Chicago Public Schools

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Chicago Public Schools - District 299

Address: 6525 N. Hiawatha Avenue  County: Cook

City: Chicago  State: IL  Zip: 60645  Phone: (773) 534-1194

Type of Business: Education  Job Location if different from Org. Address: NA

Human Resources Director or Owner Name: Title II Officer  Phone: (773) 553-5748

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15  ☐ 15 – 100  ☐ 101 – 200  ☐ 201 – 500  ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: Fall, 1993  Job Title At Hire: Day-to-Day Substitute

Pay Rate When Hired: NA  Last or Current Pay Rate: $4,068.89

Job Title at Time of Alleged Discrimination: Regular Teacher  Date Quit/Discharged: NA

Name and Title of Immediate Supervisor: Principal, Chad P. Weiden

If Job Applicant, Date You Applied for Job NA  Job Title Applied For NA

**4. What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☑ Race ☑ Sex ☑ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _NA_

If you checked genetic information, how did the employer obtain the genetic information? _NA_

Other reason (basis) for discrimination (Explain): _NA_

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

**A.** Date: _____ Action: _____

Name and Title of Person(s) Responsible: _____

**B.** Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

*[handwritten: See attachment (5-8)]*

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

_____

_____

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

_____

_____

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? **Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.** For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

EEOC Intake Questionnaire Attachment
(5-8)

5A. Date-Ongoing - Evidence of excessive of supervisory responsibilities in a disrespectful and unprofessional Manner. 5B Evidence of pervasive written and verbal acts, as well as Conduct that has substantially impacted my physical and mental health. 6 These action were discrimenatory because not all teachers are under the same scrutiny - performance wise. Additionally, not all teachers are given administrative directives that have led to discipline notices. These administrative are not necessarily related to day to day instructional duties of a Regular Teacher.

9 * Teachers Treated Better based on Age, Race, Sex
① Casey Ochs ② W.J. Meidong ③ Susie Van Baral ④ Elizabeth Tun ⑤ Kathryn Dora ⑥ Michael Goffman ⑦ Rozy Patel
* Teachers Treated the Same based on Age, Race, Sex
① Mary Nolen ② Maria Muhammad ③ Caroline Delia ④ Gail Sherwood ⑤ Magnolia Shaeffer ⑥ Donna Quinnie ⑦ Camille Vera, Retired Teacher. All other teachers are Regular or Special Education Teacher. Of the teachers in the same or similar situations, I do not believe that any other teacher was treated worse than me.

Of the persons in the same or similar situation as you, who was treated *worse* than you?

Full Name      Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. _____

_____

B. _____

_____

Of the persons in the same or similar situation as you, who was treated the *same* as you?

Full Name      Race, Sex, Age, National Origin, Religion or Disability    Job Title      Description of Treatment

A. _____

_____

B. _____

_____

**Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.**

**9.** Please check all that apply:
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10.** What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

_____

**11.** Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12.** Did you ask your employer for any changes or assistance to do your job because of your disability?
☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask? (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

_____

How did your employer respond to your request? _____

_____

_____

3

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. Mary Clancy | Assistant Principal | | Unsure |
| Tammy Vance | Principal in Training | | Unsure |
| B. William Medona | Special Education Teacher | | Unsure |

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: NA

16. Have you sought help about this situation from a union, an attorney, or any other source? ☒ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?
Chicago Teachers Union—Annette Rizzo, Union Field Representative
(See Documentation)

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. If you do not file a charge of discrimination within the time limits, you will lose your rights. If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

> **BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

> **BOX 2** ☒ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_Gloria D. Fields_
**Signature**

_April 27, 2015_
**Today's Date**

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

# FILING A CHARGE OF EMPLOYMENT DISCRIMINATION WITH THE EEOC

This notice provides important information about the assistance the EEOC can provide to you. If you do not understand any part of this Notice, an EEOC representative will assist you. You will be asked to sign this Notice, which will indicate that you fully understand it as you file your Charge of Discrimination with EEOC. (Upon request, this Notice is available in languages other than English.)

By federal law, individuals with claims of employment discrimination <u>must</u> file a Charge of Discrimination with the EEOC if they wish to pursue their claims in court. The EEOC has the legal authority to receive charges and issue Notices of Right to Sue, which entitle victims of employment discrimination to file lawsuits in court. In addition, to the extent that it has the resources to do so, the EEOC has authority to investigate charges, negotiate settlements, on behalf of an individual or the general public, and sue based on findings it makes that discriminatory employment practices have occurred. <u>However</u>, the EEOC receives over 80,000 charges each year nationwide. Because of limited resources, the EEOC is able to fully investigate and sue on a very limited number of charges — generally fewer than 400.

If you choose to file a Charge of Discrimination, the EEOC will attempt to settle the dispute between the parties. In addition, the EEOC will grant you a Notice of Right to Sue, which will allow you to pursue your claims in court. Any additional investigative steps taken by the EEOC will be based on your allegations and the available resources.

(You may have additional rights under State law or City ordinance. The agencies that administer those laws can assist you with explaining any such rights.)

I have read and understand this Notice.

_Gloria D. Fields_
Charging Party

(Keep one copy; return a signed copy to the EEOC representative with your charge).

Rev. 3/23/09

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA  ☒ EEOC | 440-2015-03744 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Gloria D. Fields | (773) 338-5748 | 08-31-1955 |

**Street Address** City, State and ZIP Code

6166 N. Sheridan Rd., Unit 6d, Chicago, IL 60660

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHICAGO PUBLIC SCHOOLS | 500 or More | (773) 534-1194 |

**Street Address** City, State and ZIP Code

Edgebrook Elementary School, 6525 N. Hiawatha Ave., Chicago, IL 60645

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | RECEIVED EEOC |

**Street Address** City, State and ZIP Code

APR 27 2015

| DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

| ☒ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
| ☐ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | |

Earliest: (Chicago)    Latest: **04-21-2015**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around August 1993. My current position is Teacher. During my employment, I have been subjected to harassment and different terms and conditions of employment, including, but not limited to, additional absence reporting procedures, heightened scrutiny, and disciplinary action.

I believe I have been discriminated against because of my race, Black, and my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I also believe I have been discriminated against because of my age, 59 (DOB: August 31, 1955), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Apr 27, 2015 | *Gloria D. Fields* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|---|
| Date | Charging Party Signature | |

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Gloria D. Fields<br>6166 N. Sheridan Rd., Unit 6D<br>Chicago, IL 60660 | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |

| EEOC Charge No.<br><br>**440-2015-03744** | EEOC Representative<br>**Zachary M. Florent,**<br>**Investigator** | Telephone No.<br><br>**(312) 869-8040** |
|---|---|---|

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*     4/29/15

Enclosures(s)

**Julianne Bowman,**
**Acting District Director**

(Date Mailed)

cc:

Linda Hogan
**Senior Assistant General Counsel**
**Law Department**
**Board of Education of the City of Chicago**
**One North Dearborn, Suite 900**
**Chicago, Illinois 60602**

*Gloria D. Fields*

Narrative--Gloria D. Fields                Tuesday, September 23, 2014

I was out of the building because my mother had a stroke at the end of August. I travelled to Mississippi to care for her upon her release from the Rehabilitation Center. Upon my return on Monday, September 22, 2014 in an effort to allow the to get the students on track, I shared with them exactly what my plan was. The intent was to provide them the opportunity to read, review, and/or revise any work they had been not been completed--before assigning the Selection Test. To my surprise, students were told not to use the online document I had created and shared with them--while I was out of town. On the morning of September 23, 2014, I met with Mr. Weiden and Ms. Vance during my teacher preparation period. Again, the principal made humiliating remarks about my lesson plan and the use of the literature textbook series used by the middle school English Language Arts teachers. I was humiliated to tears. Mr. Weiden stated that if I needed a moment, he would go to my classroom. He went to my classroom and I took a brief walk. In the few minutes he was in my classroom for Circle of Power and Respect he had the students write their opinions/feelings about what was on their minds--of course, my assignment was on their minds. He collected the responses, I felt disrespected, embarrassed and humiliated. See the communication dated September 23, 2014. My entire teacher preparation period was spent with Mr. Weiden and Ms. Vance-- who was assigned to support me. We met a couple of times--and included Mr. Miedona. She has questions--not answers.--

Thursday, November 13, 2014. Pop-in visits three administrators in one day.

Week of November 17, 2014 Online Software Expectations  Google Classroom & Think CERCA

Introduction--not enough training time--learn as you teach and engage students--

All teachers are now using the Google Classroom and Think Cerca without ample professional development and training.

On Wednesday, November 19, 2014, I did not attend the Flex Professional Development because there was a death in my family--and I was going to be absent on 11/21. I remained in my classroom, I walked down to speak to Mr. Wieden at 5:00 p.m.. He was not happy that I did not notify him of my absence. Mr. Weiden came to my classroom and was condescending, disrespectful and humiliated me by comparing me to a first year teacher. At this point, I again was humiliated to tears again--first in February, then in September, and now. Mr. Weiden stated to me that a first year teacher has plans ready to go for four content areas. I shared with him that she has an experienced grade level partner and one classroom of students. I worked until 8 p.m. on Wednesday, November & Thursday, November 20th preparing lesson plans. After Mr. Weiden's departure, at different times--Mr. Miedona and Ms. Clancy both came to my classroom to see me in tears and overwhelmed. Ms. Clancy again offered me tissues.Mr. Weiden requested an obituary. He is my seventh administrator with the Chicago Public Schools and the only one who has ever requested an obituary.  Humiliated again.

At this time, nor have I in the past had common planning time with the sixth grade language arts teacher. This appears to be a systematic administrative issue at Edgebrook. When I was placed in the ELA position, there were no curriculum plans for me to follow. Although I had been very instrumental in the success of the students at Edgebrook School, I had not been a classroom teacher for over 13 years. I took the challenge. Other classroom teachers have been provided common planning time over a period of years or a full hour on their daily schedule for a year. During the school year 2011-2012, I taught an Accelerated Reading group 8/7, then I was placed in the classroom for the school year 2012-2013. The middle school students have shown growth in reading over the past three years. The data indicates that our students have been exceeding over the past three years. Last year, our students had high NWEA test scores in reading across the middle school. Last school year, my REACH Evaluation Summative score was 3.06.

Friday, February 6, 2015 The principal came to Room 216 at 8:45 a.m. I was not in the room. He wrote on the whiteboard in the front of the room. "Your Homework". He used a magnet to attach two handouts that no other teacher received. In addition to writing your homework, he wrote "I was here at 8:45 for our weekly planning meeting." "Find me." I cleaned the board. How embarrassing that the principal is writing on the whiteboard in the front of my room where anyone could have seen that "Mrs. Fields" has homework from the principal. This action is certainly an example of how he can be intimidating, out of control, and disrespectful. I went to the main office, he was not there. By the time I returned to my classroom, the principal had written another note on the whiteboard. I was here at 9:10. As I was leaving the room, the principal was at my door. There were seven items on his mental agenda.

Friday, February 13, 2015 Room 115. I took a student who has continuously been disrespectful to the principal's office. I explained my concern to the principal and the assistant principal. The student demonstrated his disrespectful behavior while in the principal's office. I do not know if there were any consequences. As you can see, a meeting was scheduled the following week.

Tuesday, February 17, 2015 at 12:31 p.m. nvitation to Discuss a student's behavior at 12-12:30 on February 18, 2015--Cancelled  Wednesday, February 18, 2015  Room 216  Although he had cancelled the meeting, the principal came to my classroom while I was eating lunch at 11:45. He left and returned with a colleague and the student. At the forced meeting that was held from 12-12:30 p.m., I reiterated to the student that I cared for him as a student and wanted to work with him. With the guidance of the principal, the student had prepared a statement. While the student was reading his prepared statement, the principal left the room. Both my colleague--who took notes and I were surprised when the statement that the student was reading became sarcastic and condescending.  The principal was made aware of this. In an email on Monday, February 23rd, the principal stated that he did question my truthfulness regarding my caring for the student. He stated that he know I care. On

the other hand, he did "question the tone in which it was communicated." This meeting was a result of the behavioral issues about the student that I reported on February 13th. At 8:05 p.m, the principal continues to schedule meetings during lunch and/or teacher preparation time.- He has sent me an invitation to meet at 9:20-9:40 am. during my teacher preparation period.
Wednesday, March 11, 2015
The principal sent me an email invitation at 7:31 a.m. to meet about the parent's concerns at 9:20-9:40 a.m.. I responded at 8:07 a.m. requesting an explanation of the concerns. The principal replied at 9:19 a.m.--"Good Morning--See attached agenda. I am waiting in my office." Again, very aggressive and intimidating language. At the bottom of the Agenda--the principal wrote: I met with the testing administration during my teacher preparation period and did not see the email until about 9:27. At which time, I went to the bathroom and met my class at 9:37. Between 9:40-9:50, the principal appeared at my classroom door Room 216--stating that he needed to see me in the hall. It was clear that he was upset and I was embarrassed and humiliated to spoken to in such a harsh tone in hearing range of some of my students. The principal was extremely irritated and appeared angry that "I had wasted twenty minutes of his time". I replied, "It was my teacher preparation period." I also shared that I had met with the testing administrator and did not see the communication in response to my correspondence at 8:07 a.m. The principal stated that as my administrator he could cancel my preparation period anytime he wanted to. Although this may be true, he does not have a right to disrespect me the way he did. He then proceed to say--meet me at lunch or after school--"Decide Now!". I stated that I could not make that decision at the time. He turned and walked into the classroom and place his Macbook on a desk. The room was empty and he needed to cool off before entering the hallway where the security cameras would show how upset he was. I returned to my classroom trying not to cry. The principal's actions are having a substantially detrimental effect on my physical and mental health. I must be restrained, regroup, and teach. During the time period of 10:40-11:37, the assistant principal was sent to my room to tell me that she was there because the principal needed me in his office now Room 115! I felt embarrassed and harassed because some of the same students who were present the previous period were still in my room. I went to the principal's office. The principal and the resident principal were waiting for me in the main office. The principal told me he had searched his emails and he realized that he had failed to communicate with me that he had been invited to the meeting because the parent had noted some inconsistencies in the Gradebook. Although the principal had reviewed the grades--as noted earlier. He did not question me. Upon review of the student's printout, I could clearly see the parent's concern. It was determined that the inconsistencies occurred during the time of changing the grading policy. I made it clear that I would make the corrections and I have been consistent. During this meeting, the principal stated to me "that I have issues every way I turn". He was very disrespectful and declared that I had issues with grading, planning, questioning techniques, and that there was a "growing resentment of parents". I questioned him and told him that I did not believe that to be true. The principal told me I was making his job difficult. I was dismissed to return to class after spending almost entire period of instructional time being embarrassed in front of the resident principal--who nodded in agreement with all the negative statements spoken to me . Walking in a middle school classroom Room 216 that I was called out of is difficult I had to remain composed to close out the period. This is a continuation of acts that indicate a pattern of being embarrassed and harassed by the administration. As directed and ordered, I took the next step which was to email him my understanding of the professional expectations discussed at the meeting by the end of the day.
Monday, March 23, 2015
The principal sent the assistant principal to my classroom to summons me to his office Room 115 during the middle of Pledge of Allegiance. (8:37) This is the second time this month that this has occurred. There was a scheduled field trip and the principal wanted to conduct the Post Observation prior to leaving the building. I was unable to take attendance, complete routine morning activities and say Good Morning to my students. I arrived at about 8:50 for a short Post Conference. The principal refuses to change my Unsatisfactory Rating. The field trip departure time was for 9:15 a.m.. I had to keep my composure after the meeting and pretend like it was a normal start of the day. The actions and words of the principal is detrimental on my physical and mental health. I sometimes cry on my way home. The number of email communications, pop-in visits, feedback given verbally and/or writing is extremely excessive and aggressive. At 5:14 p.m. I received the Post Conference PowerPoint and Next Steps with a due date of March 30th.
Friday, March 27, 2015--Room 216 The principal came to my classroom for a planning meet for less than ten minutes. His behavior is always intimidating. It is clear at this point that the principal is soliciting the opinion of the student body and parents about the curriculum in a negative way. He has been relentless in creating a disrespectful environment by allowing students to discredit what is occurring in my classroom through routine questioning and conversations with the students and the parents. Today, through a conversation with a vocal student; I can clearly see that my administration is biased and disrespectful of the foundation of Edgebrook School and the stakeholders that have participated in the success of our population. This is not the first time. This pattern started in Room 216 on September 2014. Today, I spoke to the former Local School Council Chairman at the end of the school day. He stated that he "appreciated the effort and hard work of all of the teachers who worked and helped to prepare his two sons for high school. After school on Thursday, a former parent of three Edgebrook School graduates who now coaches our sports teams; said "thank you" to me for the educational process provided for his three children. The principal has never said anything positive to me. Inspite of the continued success of our students in reading, he disrespects my craft of teaching and has consistently tried to destroy my confidence through his actions and words.

10/3/2014 Chicago Public Schools Mail - Student Responses



# Student Responses

4 messages

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Tue, Sep 23, 2014 at 12:05 PM

Good Afternoon,

Are you going to share with me?

Sincerely,
Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Tue, Sep 23, 2014 at 1:44 PM

Good afternoon-

Feedback from the students is listed below. Additionally, we need to finish our pre-observation conference. We did not identify a date and time for the observation. Lastly, I need to make sure you are fully aware and understand my expectations for this year. I understand you have a planning session with Ms. Vance at 8:40am. We can finish our pre-confernce at 8:40am and then you can do the necessary planning with Ms. Vance at 8:50am.


\*\*\*\*\*\*\*\*
Homework Feedback-8th Grade- September 23rd, 2014

A majority of the students felt the directions and expectations for the packet were unclear. They did not know what part to do and when the actual assignment was due. A majority of students feel you do not explain the homework sufficiently.

100% of the students were under the impression you expected them to copy the packet word for word.

A majority of the students viewed the packet as simply a copy of your lesson plan.

A majority of students address the issue of quantity over quality in the homework assignments.

Some of the students feel you would retaliate against them if they brought their concerns to your attention(Parent Conference,Detention).

[Quoted text hidden]
—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646

10/3/2014

Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>                    Tue, Sep 23, 2014 at 3:00 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Good Afternoon,

Thank you for sharing the student responses.  I feel disrespected.

First point, it was a copy of the lesson plan—because I was absent.
Second point—It is unprofessional to to even think of retaliation against students.

I would rather spend ten minutes at the end the day to complete the Pre
Observation Conference. Most importantly, classroom time has been and will continue to focus on
teacher-led discussions and/or student leading class activities.  I recognize that reading in class and/or completing
textbook assignments in class should be kept to a minimum.  The only reason the lesson plan for classwork
and homework was shared in the teacher format was because I was out of the building.  As discussed and presented
at Open House—with your approval the textbook units and novels will be used to provide instruction to our
students.

Please know that I want you to make it is clear to me your expectations for this year.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                    Tue, Sep 23, 2014 at 3:06 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Good afternoon-

I wil meet you in my office after school.
[Quoted text hidden]

Performance Improvement Process

| Name: Gloria Fields | Date: 12/16/14 |
|---|---|
| ☐ **X First Warning**<br>☐ Second Warning<br>☐ Final Warning (Warning Resolution required for Tenured Teachers)<br>☐ Termination Notice | |

Corrective Action Category(s): *List the overall reason for the meeting (e.g., Attendance)*
*Performance: Insubordination, Attendance*

Description: *Describe in detail the employee's performance issue(s). Include facts, such as the date(s), time(s) and location(s) of the event as well as dates of prior discussions about this issue. Include the impact of the deficiency on students, other team members, etc.*

**Issue #1:**

Per the staff vote, we have a 1.5 hour monthly flex professional development the third Wednesday of every month. It is on our school calendar and weekly memo. Ms. Fields did not attend our November flex professional development session on November 19th, 2014. She did not notify administration of her absence. This has become a pattern. In March of 2014, Ms. Fields verbally committed to attend an open house for our incoming 7th grade students. The night of the event, she did not show up and did not notify an administrator nor her colleagues of her absence. Missing professional development time affects her opportunity to interact with families affects her capacity to build relationships with students and gain the necessary knowledge and skills to improve her teaching.

**Issue #2**
Lesson Plans are due weekly by 8:30am on Monday. ~Within a document Print~

10/27/14 - No Lesson plan received, email sent by Resident Principal reminding Ms. Fields to turn in her lesson plans.

11/17/14 - No lesson plan received, email by Resident Principal reminding Ms. Fields to turn in her lesson plans. ~Hard Copy Provided~

11/17/14 – Resident Principal sent email requesting lesson plan on 11/18/14.

11/18/14 - No lesson plan received. Resident Principal sent email ,requesting end of day submission.

11/19/14 – Resident Principal spoke to Mrs. Fields today after Middle School Meeting (approximately 12:30pm) to reiterate that the lesson plans were past due. Ms. Fields indicated the she was not going to update the plans she has but rather update as she goes along. Ms. Fields also indicated that staff is not required to submit plans until they are perfect. The Resident Principal stated the plans do not need to be perfect as they can update them together. The Resident Principal told her that they can work on the plans on Friday. Ms. Fields replied that she would not be present Friday - Tuesday. The Resident Principal reiterated that planning together was a directive from the Principal and not complying would lead to a write-up. Ms. Fields said, "he can go on and write me up then."

The Board encourages the use of progressive discipline. However, the appropriate step should be dictated based on the severity of the conduct, its impact on the workplace, colleagues and students, prior efforts to correct the conduct and any mitigating factors.
Rev. Date: October 2012

Performance Improvement Process

**Issue #3:**
Ms. Fields used sick days to take off November 24th and 25th which are the two days before Thanksgviing Break. She entered the information on the Aesop system on November 3rd but did not inform the principal in writing per our faculty handbook. Additionally, Ms. Fields has shown a pattern of taking off the days before Thanksgiving Break in 2011, 2012 and 2014.

*Union says current year only*

**Follow Up:** *Describe specifically any changes that need to occur to resolve the deficiency as well as any assistance that will be provided to support needed changes, if any.*

**Issue #1:** Moving forward, please communicate your absences to the principal directly and attend all mandatory professional development.

**Issue #2:** Moving forward, please turn your lesson plans in by 8:30am on Monday every week with the following elements: Standards, Objectives, Activities, and Assessment.

*Requested an February*

**Issue #3:** Moving forward, if you plan to take a sick day, please communicate your intentions to the principal in writing.

Failure to improve this performance deficiency will result in a progression of this performance improvement process.

Administrator Signature: _____ Date: 12/16/14

Employee Signature: *Gloria D. Fields* Date: *December 16, 2014*
*By signing, I acknowledge receipt of this document whether or not I agree with the content herein. The CTU may appeal the Final Warning to Mediation/Arbitration.*

**Employee Comments:**
*Although Ms. Vance aggressively removed the chair from holding the door open and stopped the students from entering — closed the door and made her statements. The statements listed as mine are not quotes. I certainly felt embarassed, harassed and humilated.*

The Board encourages the use of progressive discipline. However, the appropriate step should be dictated based on the severity of the conduct, its impact on the workplace, colleagues and students, prior efforts to correct the conduct and any mitigating factors.
Rev. Date: October 2012

*Mrs. Gloria D. Fields*

From: **Weiden, Chad** <cpweiden@cps.edu>
Date: Tue, Nov 4, 2014 at 8:50 PM
Subject: Re: Parent Night
To: "Fields, Gloria" <gdfields@cps.edu>


Ms. Fields-

I am in receipt of your communication. I am disappointed you will not be able to attend the parent meeting tomorrow evening. This is a great opportunity to continue to build relationships with parents in addition to highlighting our instructional initiatives within the 1:1 model.

I will be by tomorrow during your preparation period to learn more about the Think CERCA presentation you had planned to present. I will have to present on account of your absence.

On Tue, Nov 4, 2014 at 3:39 PM, Fields, Gloria <gdfields@cps.edu> wrote:
> Good Afternoon,
>
> This communication is to notify you that I will not be attending Parent Night on Wednesday,
> November 5th.
>
> Sincerely,
> Gloria D. Fields
> Edgebrook School


--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)

05/22/2015 06:41 AM

From: **Weiden, Chad** <cpweiden@cps.edu>

Date: Sat, Nov 22, 2014

Subject: Re: Planning

To: "Fields, Gloria" <gdfields@cps.edu>

Cc: Tammy Vance <tmvance@cps.edu>

Ms. Fields-

The purpose of our meeting on the December 1st is to discuss the concerns outlined in my letter. At that time, we will discuss the narrative submitted by both Ms. Vance and myself as evidence documenting our concerns. You will have the opportunity to respond to the narrative at the meeting.

Considering the content and accusation of "untrue statements" in your e-mail, I feel it best for Ms. Vance be present for the meeting on December 1st, 2014 at 9:00am. I will inform Ms. Rizzo of our communication.

On Sat, Nov 22, 2014 at 7:12 AM, Fields, Gloria <gdfields@cps.edu> wrote:

> Mr. Weiden--
>
> Upon review of the documentation submitted to me on November 19th, this communication is to confirm that I did not state "he can go on and write me up then".
>
> Please refrain from making untrue statements.
>
> Sincerely,
>
> Gloria D. Fields
> Edgebrook School

--
Sincerely,

From: **Weiden, Chad** <cpweiden@cps.edu>
Date: Wed, Nov 19, 2014 at 3:03 PM
Subject: Pre-Meeting Notice- Monday November 24th, 2014 at 8:40am
To: Gloria Fields <gdfields@cps.edu>

Ms. Fields-

Attached is a Pre-Meeting Notice scheduled for Monday November 24th, 2014 at 8:40am in my office(Room 115). Tomorrow, you will find a signed copy of the Pre-Meeting notice with supporting documentation in your mailbox. Please sign the document and return it to me by the end of the day tomorrow. I will fax over a copy to the Chicago Teacher's Union.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

05/22/2015 06:41 AM

**Pre-Meeting Notice**
*(Steps 3 and 4)*

11/19/14

Gloria Fields
Teacher
Employee ID #: 000121168

Dear Ms. Fields:

The purpose of this letter is to invite you to a private, confidential meeting to discuss your conduct, namely in relation to timely submission of lesson plans and attendance at flex professional development sessions.

I am scheduling the meeting for:
- Monday November 24th, 2014
- Room 115

Please be advised that you may have a union representative present to assist you at the meeting. If you choose to do so, you must contact your representative to secure his or her attendance. If you do elect to have union representation at the meeting, an assistant principal or other management representative may be present, as well.

I enclose all documents in my possession that I believe relate to the issues to be discussed.

Due to the severity of the allegations or the repeated nature of the conduct, this meeting may result in your being issued a final warning or a recommendation for your dismissal.


Sincerely,


Chad Weiden
Principal


cc:     Office of Employee Engagement (with enclosures)
        Chicago Teachers Union (with enclosures)

My signature below acknowledges receipt of this notice.


_____        _____
Employee Name                          Date

*November*

*Employment*
*Attorney*

**Pre-Meeting Notice**

11/25/14

Gloria Fields
Teacher
Employee ID #: 000121168

Dear Ms. Fields:

The purpose of this letter is to invite you to a private, confidential meeting to discuss your conduct, namely in relation to your attendance and following directives communicated by the principal.

I am scheduling the meeting for:
- Wednesday December 3rd, 2014 at 9:00am
- Room 115

Please be advised that you may have a union representative present to assist you at the meeting. If you choose to do so, you must contact your representative to secure his or her attendance. If you do elect to have union representation at the meeting, an assistant principal or other management representative may be present, as well.

I enclose all documents in my possession that I believe relate to the issues to be discussed.

Due to the severity of the allegations or the repeated nature of the conduct, this meeting may result in your being issued a final warning or a recommendation for your dismissal.


Sincerely,


Chad Weiden
        Principal


cc:     Office of Employee Engagement (with enclosures)
            Chicago Teachers Union (with enclosures)

My signature below acknowledges receipt of this notice.


_____

Employee Name                    Date



Chicago
Public
Schools

*Submitted on X*

Fields, Gloria <gdfields@cps.edu>



# Re: December 1, 2014 Lessons Lord of the Flies - Invitation to view *After Schoo*

6 messages

**Vance, Tammy** <tmvance@cps.edu>                                    Mon, Dec 1, 2014 at 4:34 PM
To: Gloria Fields <gdfields@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Good afternoon Mrs. Fields,

Thanks so much for submitting your lesson plan. It was received on time and it is evident that much effort and thought has gone into the plans.

I hope that the following feedback will support you in further planning.

My feedback is as follows;

     General feedback,

     There are quite a few standards to be addressed throughout the plans. Do you think it would be beneficial to identify fewer standards? This way you can more                 readily ascertain student mastery at a deeper level.

     Specify objective and activities. What are the students' learning expectations. Be certain that both support the standards identified for the day. For example, the                 identified lesson objectives seem to be activities and I'm unsure if the learning objective is centered around "symbolism," "setting," and "theme,"etc.

     Assessments are unclear. Please explain "Evaluation." Make sure that the assessments are aligned with the standards, objectives and activities to best gauge                 student learning. What information, product, project etc will you use to ensure that students learned the content/skill?

     Is Wordly Wise used to support the novel reading?

     Specific feedback

     Monday - There is no clarity around the learning expectations for the creation of 3 tables (Character, Symbolism, and Allegory). I see how the students will                 update the tables throughout their reading. Will the completion of the tables be used as assessments? If so, how? If not, what is the learning to be achieved by                 completing these tables?

     Tuesday - The activities for this day would lend themselves to an engaging intro activity. What do you think?

     Questions - Why are the writing assignments optional? If the students are reading specific chapters for homework, why are they listening to chapters during                 class?

Mrs. Fields,

You have the components of a great lesson plan and I am willing to sit with you to do the work or clarifying objectives, activities and assessments. I have also created for you a lesson plan thought catcher. This document is by NO MEANS mandatory. It is my hope that the document will assist you as you think through your weekly and daily plans.

Review and apply my feedback to your lesson plan and resubmit a revised plan for this week by 9:00am, Wednesday, December 3, 2014. Feel free to use the lesson plan thought catcher as a guide.

Have a great evening,

On Mon, Dec 1, 2014 at 8:03 AM, Gloria Fields (via Google Docs) <gdfields@cps.edu> wrote:

gdfields@cps.edu has invited you to **view** the following document:

📄 December 1, 2014 Lessons Lord of the Flies

Open in Docs

Google Docs: Create and edit documents online.

Google·

--
Tammy M. Vance
New Leader Resident Principal
Edgebrook Elementary School
6525 North Hiawatha
Chicago, IL 60646
773.534.1194
"When You Learn...Teach. When you Get...Give."
~Maya Angelou~

📄 **Lesson Plan Thought Catcher.docx**
14K

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Vance, Tammy" <tmvance@cps.edu>
Cc: Chad Weiden <cpweiden@cps.edu>

Mon, Dec 1, 2014 at 4:38 PM

Good Afternoon,

If you are available, please come to my room.

Thanks!

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 28 of 128 PageID #:28

Sincerely,

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Vance, Tammy** <tmvance@cps.edu>                                        Mon, Dec 1, 2014 at 4:43 PM
To: "Fields, Gloria" <gdfields@cps.edu>

I'm sorry but I had an emergency so I'm not in the building. I could meet you in the morning, during your prep or lunch, or plan to meet after school tomorrow.

Would either of these times work for you?
[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>                                     Mon, Dec 1, 2014 at 7:13 PM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Dear Mrs. Rizzo,

Thank you for your time and advice today.  I shared the same Lesson Plans that I gave you a copy of today with my Administration.

Please advise me about the attached communication.

As you know, once a document has been shared; viewers can return to see all updates.

Sincerely,
Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

📄 **Lesson Plan Thought Catcher.docx**
14K

---

**Rizzo, Annette M.** <AnnetteRizzo@ctulocal1.com>                        Tue, Dec 2, 2014 at 12:23 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Gloria,


I have re-scheduled our meeting. We will meet next Thursday December 11th at 1:30. I would not continue to communicate with the AP about your lesson plans. You might want to send them a note stating that you feel it is best not to revise any plans until after the pre-meeting. It is you understanding that we will resolve all issues related to lesson plans at that meeting.

Annette Rizzo

Health and Benefits Coordinator

312-329-6236

Annetterizzo@ctulocal1.com

**From:** Fields, Gloria [mailto:gdfields@cps.edu]
**Sent:** Monday, December 01, 2014 7:14 PM
**To:** Rizzo, Annette M.
**Subject:** Fwd: December 1, 2014 Lessons Lord of the Flies - Invitation to view

[Quoted text hidden]

---

**Vance, Tammy** <tmvance@cps.edu>                    Wed, Dec 3, 2014 at 4:13 PM
To: Gloria Fields <gdfields@cps.edu>

——— Forwarded message ———
From: **Vance, Tammy** <tmvance@cps.edu>
Date: Mon, Dec 1, 2014 at 4:34 PM
Subject: Re: December 1, 2014 Lessons Lord of the Flies - Invitation to view
To: Gloria Fields <gdfields@cps.edu>, Chad Weiden <cpweiden@cps.edu>

[Quoted text hidden]
[Quoted text hidden]

---

**2 attachments**

　　**Lesson Plan Thought Catcher.docx**
　　14K

　　**Lesson Plan Thought Catcher.docx**
　　14K




**Chicago Public Schools**

Fields, Gloria <gdfields@cps.edu>

# Gradebook- Checking In

3 messages

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Tue, Dec 2, 2014 at 10:37 AM

*During Instructional Time.. (DIT*

Ms. Fields-

I acknowledge there is a lot going on currently, however, I still feel the necessity to maintain the same expectations for all staff. After reviewing Gradebook this morning, I noticed that you do not have any grades entered for your classes. You have assignments listed but not grades entered. Just a reminder that we need to keep grades updated every 2 weeks. Thanks in advance for updating your grades by next week Monday.

–

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>

Tue, Dec 2, 2014 at 11:12 AM

Mr. Weiden~~

I started inputing grades this morning. I have grades recorded on my grade sheets and will continue to update throughout the day. I was out of the classroom on yesterday from 8:30-10:30 and again from 1:00-2:00. I certainly will have them completed by Monday.

Sincerely,

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

**Weiden, Chad** <cpweiden@cps.edu>

Tue, Dec 2, 2014 at 11:16 AM

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 31 of 128 PageID #:31



To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning-

Again, I understand there has been a lot occurring the past couple of weeks. More than the anything, the e-mail was a reminder. I am completely satisfied if the grades are fully updated by this Monday.

Thanks for your help.

[Quoted text hidden]



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# Revised Lesson Plans

4 messages

*After School*

---

**Fields, Gloria** <gdfields@cps.edu>                                        Tue, Dec 2, 2014 at 5:38 PM
To: Chad Weiden <cpweiden@cps.edu>, Tammy Vance <tmvance@cps.edu>

At this time, I feel that it is best not to totally revise any plans until after the pre-meeting. It is my understanding that we will resolve all issues related to lesson plans at that meeting. The pre-meeting has been scheduled for Thursday, December 11th.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>                                        Tue, Dec 2, 2014 at 6:46 PM
To: "Fields, Gloria" <gdfields@cps.edu>
Cc: Tammy Vance <tmvance@cps.edu>

Ms. Fields-

I understand that you and Ms. Rizzo had a productive and beneficial conversation this past Monday. However, we were not privy to the discussion. Until we understand the context of your discussion, I still expect the directive ✳ from Ms. Vance, to be followed by tomorrow afternoon.

Thinking rationally and reasonably, can you and Ms. Vance meet tomorrow for to collectively adjust the lesson plan? That way you can talk through the feedback, adjust the lesson plan, and be in compliance with my ✳ directive.

Please remember: The feedback is to benefit you and the quality of instruction you provide our students. Your growth and development remains incredibly important to Ms. Vance and myself.

I look forward to seeing how the plans evolve due to your discussion with Ms. Vance.

[Quoted text hidden]
—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or

④

copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>                          Tue, Dec 2, 2014 at 7:57 PM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Vance, Tammy** <tmvance@cps.edu>                          Tue, Dec 2, 2014 at 8:05 PM
To: "Weiden, Chad" <cpweiden@cps.edu>
Cc: "Fields, Gloria" <gdfields@cps.edu>

Mrs. Fields,                                                    *Teacher's*
                                                               *Lunch Time*
I look forward to supporting you. I will send you an invite for 11:45am tomorrow.

[Quoted text hidden]
--
Tammy M. Vance
New Leader Resident Principal
Edgebrook Elementary School
6525 North Hiawatha
Chicago, IL 60646
773.534.1194

"When You Learn...Teach. When you Get...Give."
~Maya Angelou~



 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Invitation: Mrs. Fields - Planning @ Wed Dec 3, 2014 11:45am - 12:45pm (gdgaither@cps.edu)

11:40-12:27 *Teacher's Lunch*

3 messages

**Tammy Vance** <tmvance@cps.edu>                      Tue, Dec 2, 2014 at 8:08 PM
Reply-To: Tammy Vance <tmvance@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>, Chad Weiden <cpweiden@cps.edu>

### Mrs. Fields - Planning                                     more details »

When      Wed Dec 3, 2014 11:45am – 12:45pm Central Time

Calendar  gdgaither@cps.edu

Who       • Tammy Vance - organizer
          • Chad Weiden
          • Gloria Fields

Going?  **Yes** - **Maybe** - **No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

📄 **invite.ics**
2K

**Fields, Gloria** <gdfields@cps.edu>                   Wed, Dec 3, 2014 at 6:35 AM
To: Tammy Vance <tmvance@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Ms. Vance–

There is a Middle School Meeting that starts at 12:00.  I am willingly to meet after school from 3:45 to 4:30 p.m.

Mrs. Fields

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

**Tammy Vance** <tmvance@cps.edu>                      Wed, Dec 3, 2014 at 7:28 AM
To: "Fields, Gloria" <gdfields@cps.edu>
Cc: Chad Weiden <cpweiden@cps.edu>

I will see you at 3:45pm

1/30/2015 Chicago Public Schools Mail - Updated Invitation: Mrs. Fields - Planning @ Wed Dec 3, 2014 3:45am - 4:45am (gdgaither@cps.edu)

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 35 of 128 PageID #:35





Fields, Gloria <gdfields@cps.edu>

*After School*

# Updated Invitation: Mrs. Fields - Planning @ Wed Dec 3, 2014 3:45am - 4:45am (gdgaither@cps.edu)

1 message

**Tammy Vance** <tmvance@cps.edu>                    Wed, Dec 3, 2014 at 7:46 AM
Reply-To: Tammy Vance <tmvance@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>, Chad Weiden <cpweiden@cps.edu>

---

**This event has been changed.**

## Mrs. Fields - Planning                                        more details »

When      **Changed:** Wed Dec 3, 2014 3:45am – 4:45am Central Time

Calendar   gdgaither@cps.edu

Who        •  Tammy Vance - organizer
          •  Gloria Fields
          •  Chad Weiden

Going?  **Yes - Maybe - No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for updated invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

---

📄 **invite.ics**
2K



http://www.cdrnet.net/kb/data/en_golding.asp

After
 meeting with Ms. Vance...

*Lord of the Flies* by William Golding
         Thursday, December 4, 2014—After reading Chapters 1 & 2
Standards:
RL.7.2  Determine a central idea, characters, setting, plot, tone, point-of-view and theme.
SL.7.1  Engage effectively in a range of collaborative discussions...
SL7.1A Come to discussions prepared, having read the assigned chapters
L7.4-6   Study and Apply Vocabulary

Objectives:  Students will be able to:
- identify the point of view of the narrator
- recognize how background information becomes an important aspect of the plot and setting.
- demonstrate reading comprehension
- define antagonist and protagonist
- understand how the theme off the need for social order is developed.
- identify the character traits of Piggy, Jack, and Ralph.
- define symbolism
- to further develop vocabulary

Activities
- Setting the –Tropical Sounds–, Lights turned down–
1. Students sit in the center of the room—boundaries, natural logs
2. Tell students that it is early in the morning and their airplane has just crashed on a deserted island. The pilot is dead. They are the only people on the island. Now they, as a group, have to decide what to do to survive.
3. Students who are responsible for creating shelter—
4. Students who are responsible for providing food could actually have to bring food into class during this unit.
5. Students who are responsible for gathering wood, creating clothing, creating tools, dishes, etc. could also all have to actually produce their respective assignments. The leaders and the  students themselves should determine by when all of these goods will be necessary.
6. Name the Island.  Block Five—                Block Six
8. Reading Comprehension Check Chapters 1 & 2
- Discuss the point-of-view in the beginning of the novel.
The novel's point-of-view, or the way in which the story is told, shifts frequently.  In the beginning the reader see the events through Ralph's eyes.  At other times the events are presented from either Piggy's or Simon's point-of-view.
- Read and Discuss an article "Lord of the Flies and the Coral Island"–Historical Background
- Complete Multiple Choice Test
- Determine who is the antagonist and who is the protagonist
- Discuss them of "need for social order"
- Identify character traits—record in previously created table
- Identify symbols and meanings
- Discuss Questions–Using Bloom's Taxonomy to Explore Literature–Levels of Understanding
- Write a Plot Outline–Chapters 1, 2—Include in Google Document
- Vocabulary–motif, lagoon, mirages, effulgence, enmity, conch, furtive, immured
Assessment (Formative/Summative)



**Formative Assessment--Multiple Choice Chapters 1-2**

**Homework:** Read Chapter 3 --Write Plot of Chapter 3
Wordly Wise Exercises C & D--Due: Friday, December 5
Friday, December 5, 2014
*Lord of the Flies* by William Golding
        After reading Chapter 3
Standards:
RL.7.2 Determine a central idea, characters, setting, plot, tone, point-of-view and theme.
SL.7.1 Engage effectively in a range of collaborative discussions...
SL.7.1A Come to discussions prepared, having read the assigned chapters
L7.4-6 Study and Apply Vocabulary

Objectives: Students will be able to:
- understand how the theme of the need for social order is developed
- recognize the author's use of foreshadowing
- gain insight into the characters of Jack and Simon
- appreciate conflict as a function of plot
- understand how the theme off the need for social order is developed.
- recognize a shift in point-of-view
- define symbolism--recognize the author's use of symbols
- to further develop vocabulary

**Activities**
- Discuss the point-of-view in the beginning of the novel.
The novel's point-of-view, or the way in which the story is told, shifts frequently. In the beginning the reader see the events through Ralph's eyes. At other times the events are presented from either Piggy's or Simon's point-of-view.
- Read and Discuss an article "Lord of the Flies and the Coral Island"--Historical Background
- Complete Multiple Choice Test
- Determine who is the antagonist and who is the protagonist
- Discuss them of "need for social order"
- Identify character traits--record in previously created table
- Identify symbols and meanings
- Discuss Questions--Using Bloom's Taxonomy to Explore Literature--Levels of Understanding
- Write a Plot Outline--Chapters 3--Include in Google Document
- Vocabulary-recrimination, swathes, tendril, antagonism, incredulous, inscrutably, perceptible, clamorously
Assessment (Formative/Summative)
Formative Assessment--In Character Table, students will list details that describe the appearance and actions of Ralph, Piggy or Jack.

Homework: Read Chapter 4 --Write Plot of Chapter 4
        Monday, December 8, 2014



 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Feedback- ELA 7th- 20141204
1 message

**Weiden, Chad** <cpweiden@cps.edu>                                    Thu, Dec 4, 2014 at 2:18 PM
To: Gloria Fields <gdfields@cps.edu>

DIT

Good afternoon-

Thanks for having me in your classroom today. I have some pretty simple feedback: be relentless in ensuring that
students back up their positions with evidence from the text. Next time I am in the room, I really need to hear
from you and students: "How do you know? Find support in the text."

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Assignment
2 messages

---

**Fields, Gloria** <gdfields@cps.edu>      Fri, Dec 5, 2014 at 7:01 AM
To: Chad Weiden <cpweiden@cps.edu>

Mr. Wieden—

Please provide me the details of the assignment you gave the seventh and eighth grade teachers at our Grade Level Meeting yesterday.

Thank you.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>      Fri, Dec 5, 2014 at 8:03 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning Ms. Fields-

I apologize for not being clear. There was no assignment assigned yesterday at our grade level. I was, rather, previewing, what we will be doing the next couple of weeks during grade level meetings. Eventually, we will revisit a unit through the lens of the UBD framework. In the meantime, start to think about a unit you would like to "UBD"-ify. That might be a current unit(Mockingbird, Flies), past unit (The Outsiders) or a future unit. That is entirely your choice.

Let me know if you need additional clarification. I would be more than happy to help.

[Quoted text hidden]

—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 40 of 128 PageID #:40



Chicago
Public
Schools



## Re: Mrs. Fields ELA Grade 7 December 8-12, 2014 Lord of the Flies - Invitation to comment

3 messages

*After School*

---

**Vance, Tammy** <tmvance@cps.edu>
To: "Gloria Fields (via Google Docs)" <gdfields@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Mon, Dec 8, 2014 at 4:13 PM

Good evening Mrs. Fields,

I've added feedback to the 7th grade Lord of the Flies lesson plan document. Please  make adjustments per the feedback (ensure all components are present and align standards, objectives, skills, activities and assessments) for both 7 & 8th grade plans and re-submit by end of day, 12/9/2014.

On Sun, Dec 7, 2014 at 9:09 PM, Gloria Fields (via Google Docs) <gdfields@cps.edu> wrote:

> gdfields@cps.edu has invited you to **comment on** the following document:
>
> 📄 Mrs. Fields ELA Grade 7 December 8-12, 2014 Lord of the Flies
>
> [ Open in Docs ]
>
> Google Docs: Create and edit documents online.
>
> **Google**

--
Tammy M. Vance
New Leader Resident Principal
Edgebrook Elementary School
6525 North Hiawatha
Chicago, IL 60646
773.534.1194

"When You Learn...Teach. When you Get...Give."
~Maya Angelou~

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Vance, Tammy" <tmvance@cps.edu>

Mon, Dec 8, 2014 at 8:10 PM

Good Evening—

I do not understand what you are asking at the point.

Sincerely,

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Tammy Vance** <tmvance@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Mon, Dec 8, 2014 at 9:15 PM

Let's meet tomorrow after school. I will explain then.

T. Michelle Vance
"We cannot hold a torch to light another's path without brightening our own."~Ben Sweetland~

[Quoted text hidden]



Fields, Gloria <gdfields@cps.edu>

# Pop In Feedback-ELA/8th-20141209
1 message

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Tue, Dec 9, 2014 at 2:00 PM
(DIT)

Good afternoon-

Thanks for having me in your class today. Below is my feedback concerning the lesson. Please let me know if you would like to discuss the feedback in person.

Observed Lesson
Discussion based on teacher generated questions centered around the ending of To Kill a Mockingbird- 30 Minutes

Objectives/Skill(On board):
Analyze/Discuss dramatic irony as it relates to the Missionary Circle in the novel

Feedback

*I observed evidence of asking students for textual support to support their opinions. Thank you. I also observed that "why?" was utilize throughout the lesson in response to student's answers. Great job on asking why.

*Throughout the discussion, I observed many students typing on the document containing the questions and their answers. This limits the engagement and focus.  I wonder if there is a way to communicate to students that during discussion: "No fingers on the keyboard. Your fingers should be in your book looking for evidence." Just a thought.

*Your objective and skills did not quite align to the activity today. The skills indicate discussion of dramatic irony as it relates to the Missionary Circle.  However, that was just one question out of MANY questions discussed today. As an observer, I would assume your objectives were as follows:
Students comprehend the plot as it relates to the ending of the novel.
Students analyze charter development utilizing textual evidence.
Students identify central themes in the text utilizing textual evidence.
Your objectives should align to your classrooms activities ergo your assessment.

*Lastly, the discussion lacked an overall structure and focus to its questions. The questions were listed randomly: not chronologically as they appear in the text nor based on comprehension then analysis questions. And although students were grappling with some great questions, there was no organization to the questions. The organization is what can give way to deep clarity of both the plot and themes in the text for our students. I would recommend the following:

Plot
Begin discussion by clarifying the plot. Does everyone understand what happened at the end of the book? What happened to Mr. Ewell? What happened to Boo? make sure everyone understands the plot and is on the same page.

Character Analysis
These questions go deeper into why characters do what they do such as:



Why does Mr. Dolphus Raymond pretend to be an alcoholic?

Are you surprised the community response to Robinson's conviction and death? Why? or Why not?

<u>Theme</u>

Lastly, go into the big thematic questions such as who represent the mockingbird or why Harper Lee choose to do contract her novel they way she did.

From the observation, you go straight to the big picture before tasking the necessary steps to get there. Start with plot and build to analysis and the evaluation of theme. However, the questions that were being asked were good. They just need to be organized and that organization needs to be clearly communicated and presented to students. This issue also relates to your planning.

–

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.



 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Gradebook- Progress Monitoring

2 messages

---

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Tue, Dec 9, 2014 at 2:09 PM

*(PIT)*

Good afternoon-

I had an opportunity to check grade book this afternoon and found the following:

<u>7th Grade ELA</u>
Short two assignment for last week. But overall, in compliance with 3 grades per week(classwork, homework and assessment). Thank you.

<u>8th Grade ELA</u>
All of the required assignments are entered. However, many actual grades still missing. Grades were to be updated by yesterday morning. I am asking that your grades are updated by tomorrow afternoon at the latest. Per our policy, grades are to be updated every other week.

--

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>

Tue, Dec 9, 2014 at 3:43 PM

Mr. Weiden–

*Important !*

Just a reminder–the rosters were just recently updated accurately and I missed a preparation period on Monday, December 1st. Overall, I was out of the classroom for three hours on December 1st. Certainly, I will use my preparation period in the morning and time throughout the day to be in compliance. I am also scheduled for an IEP meeting @ 10.00 in the Morning.

Thank you for your consideration.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 45 of 128 PageID #:45



Fields, Gloria <gdfields@cps.edu>

## Lesson Plans

1 message

---

**Fields, Gloria <gdfields@cps.edu>**
To: Tammy Vance <tmvance@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Tue, Dec 9, 2014 at 3:52 PM

---

Ms. Vance—

I have been advised by the Union Representative that because there is a scheduled meeting for Thursday, December 11th—that it is best not to revise any plans until after the pre-meeting. It is my understanding that we will resolve all issues related to lesson plans at that meeting. In no way, is this an effort not to follow an administrative directive.

Sincerely,
Gloria D. Fields
Edgebrook School



Chicago
Public
Schools



Fields, Gloria <gdfields@cps.edu>

# Lesson Plan Meeting and Behavior Plan(A.P.)

1 message

**Weiden, Chad** <cpweiden@cps.edu>                                    Mon, Dec 15, 2014 at 3:13 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon-

Can we meet tomorrow during lunch to review your lesson plans? If not, I am available after school tomorrow.

1/30/2015    Chicago Public Schools Mail - Invitation: Review Lesson Plans @ Wed Dec 17, 2014 9:20am - 9:40am (gdgaither@cps.edu)

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 47 of 128 PageID #:47



 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Invitation: Review Lesson Plans @ Wed Dec 17, 2014 9:20am - 9:40am (gdgaither@cps.edu)

*Teacher's Prep Time*

1 message

**Chad Weiden** <cpweiden@cps.edu>                              Tue, Dec 16, 2014 at 6:49 PM
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

| **Review Lesson Plans** | **more details »** |
|---|---|
| When | Wed Dec 17, 2014 9:20am – 9:40am Central Time |
| Calendar | gdgaither@cps.edu |
| Who | • Chad Weiden - organizer<br>• Gloria Fields |

Going?  **Yes** - **Maybe** - **No**   more options »

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

📄 **invite.ics**
1K





Fields, Gloria <gdfields@cps.edu>

## Reviewing Lesson Plans- Tomorrow

2 messages

---

**Weiden, Chad** <cpweiden@cps.edu>                                      Tue, Dec 16, 2014 at 6:53 PM
To: Gloria Fields <gdfields@cps.edu>

Ms. Fields-

After our discussion today, I think it would be best if we met tomorrow to debrief my feedback in person rather
than via e-mail. Additionally, I want to make sure we are on the same page regarding our weekly lesson planning 
sessions. I sent a google invite for 9:20am. I will come to your room.

Thanks.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>                                     Tue, Dec 16, 2014 at 6:57 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Good Evening--

I have accepted the invitation.  Spanish is scheduled during Block One.

Sincerely,

Gloria D. Fields
Edgebrook School
[Quoted text hidden]




Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# TKAMB Analysis Essay Outline- Evolution of Characters

1 message

**Weiden, Chad** <cpweiden@cps.edu>                          Wed, Dec 17, 2014 at 9:50 AM
To: Gloria Fields <gdfields@cps.edu>

*After Co-Planning during Teacher Prep @ 8:40 - 9:40*

I. Introduction
A. Attention Getter
B. Thesis

II. Point 1- Beginning of Novel
A. State Point
B. Evidence
C. Reasoning

III. Point #2- Middle of Novel
A. State Point
B. Evidence
C. Reasoning

IV. Point #3- End of Novel
A. State Point #3
B. Evidence
C. Reasoning

V. Conclusion
A Review thesis
B Refection- Coming of Age as a concept

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any


**Chicago Public Schools**

Fields, Gloria <gdfields@cps.edu>

## Lesson Plan Feedback and Weekly Planning Sessions

1 message

---

**Weiden, Chad <cpweiden@cps.edu>**           Mon, Jan 5, 2015 at 2:43 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon Ms. Fields-

I hope you had a wonderful winter break. It is very clear you were busy preparing for school over the break as you shared many planning documents. Thanks for your hard work over break. It is appreciated.

Below is my feedback for your lesson plans this week. In terms of "lesson plan compliance", you have all the elements I require. The feedback, on the other hand, is to provide you with on-going support and thought around your planning and teaching. Let me know if you have any questions regarding the feedback.

Also, can you please start to put your weekly lesson plans into the folder you created on the Driver. The folder can be found here:
https://drive.google.com/drive/u/1/#folders/0B4MwNRlmFlUQVNCVU9paEtmams/
0B8cwn3CIlu33MmZaMGNGRGJsMEk

I would like to schedule weekly planning sessions with you for Mondays at 8:45am so we can review your weekly lesson plans collectively. That way we can discuss the feedback in person and you get the support and "thought-partnering" you deserve as a professional. I will send a Google invite shortly.

Lesson Plan Feedback- January 5th, 2015

7th Grade
*Overall, you have all the elements. Thank you.
*I am curious why you have the Wordly Wise Lesson 9 overview at the top of the Lesson Plan. You have all the word wise outcomes(Knowledge,skills, activities) in the Monday, Tuesday, etc sections of your plan. Unless you require that, I don't think it is necessary. Save yourself some time.
*I am curious regarding "previously created tables". Can you share an example with me? You mention it frequently throughout the lesson plan.
*You indicate that students will listen to author's audio comments at the end of the novel. What are they supposed to do with that information? Just listen? Apply it?
*Overall, I see more of an alignment between knowledge/skills and activities. Thank you.


8th Grade
You have the following activities listed for Monday-Friday:
- write the meaning of the underlined word in the space provided
- independently score writing according to the rubric provided
- use teacher feedback to improve writing
- revise body paragraphs of essay using peer and/or teacher feedback
Help me understand your thinking around the same sets of activities for each day. Can we provide a little more specificity? For example, students finish up essay on Monday. Peer review /edit on Tuesday, Final Draft due on Wednesday, Introduce new unit on Thursday-Friday. I think a whole week for finishing and editing a paper is too much. I think it can be done in 3 days as opposed to 5.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 51 of 128 PageID #:51


Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# Invitation: Weekly Planning Session @ Mon Jan 12, 2015 8:45am - 9:05am (gdgaither@cps.edu)

1 message

**Chad Weiden** <cpweiden@cps.edu>                                    Mon, Jan 5, 2015 at 2:44 PM
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

| | |
|---|---|
| **Weekly Planning Session** | *Teacher's Prep Time*  more details » |
| When        Mon Jan 12, 2015 8:45am – 9:05am Central Time | |
| Calendar    gdgaither@cps.edu | |
| Who         • Chad Weiden - organizer | |
|             • Gloria Fields | |
| Going?  **Yes** - **Maybe** - **No**   more options » | |

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

📄 **invite.ics**
   1K

 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Novels for Next Unit and Socratic Seminar

2 messages

---

**Weiden, Chad** <cpweiden@cps.edu>       Tue, Jan 13, 2015 at 7:43 AM
To: Gloria Fields <gdfields@cps.edu>

Good Morning-

A couple of follow up items from our planning session yesterday. See below.

Novels for Next Unit
How about Night for the next 7th grade novel? Great autobiography on the Holocaust. I believe we have copies in the book room. Check for me today when you get a second.
I am going to have Erica order Warriors Don't Cry.

Socratic Seminar Information
I would recommend you fish bowl the Socratic Seminar. Have half the class discuss the first 15 minutes then have the other half watch, observe and assess. See below for resources.

http://www.middleweb.com/8989/socratic-seminars-in-middle-school/

https://www.nwabr.org/sites/default/files/SocSem.pdf

http://schools.bvsd.org/p12/boulder/faculty/carroll2/Shared%20Documents/AVID/
Socratic%20Seminar/Soc%20Sem%20observation%20assessment%20tools%5B1%5D.pdf

Feedback on Lesson Plans(8th Grade)
I am about to walk into class. I will e-mail feedback on 8th grade plans sometime today. Sorry for the delay.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>       Thu, Jan 22, 2015 at 1:44 PM



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Hoffman is Covering MILK Dream Speech
1 message

**Weiden, Chad** <cpweiden@cps.edu>                                   Fri, Jan 16, 2015 at 1:42 PM
To: Gloria Fields <gdfields@cps.edu>

in his 8th grade classes, Might be something to think about collaboration in the future.

—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

*\* All teachers lesson plans are submitted on Monday. Perhaps, this suggestion should have been shared earlier in the week.*

From: **Weiden, Chad** <cpweiden@cps.edu>

Date: Tuesday, 05-20-2015 7:23 PM

Subject: Lesson Plans Feedback

To: Gloria Fields <gdfields@cps.edu>


Good evening-

I hope you had a great day at school. I spent time thinking about the 8th grade plans today and have some feedback around objectives and the activities you assign. But quite frankly, it would be more worthwhile to touch base for 5 minutes when I return on Thursday rather than send an e-mail. Let's plan to debrief for a bit after our grade level meeting. Bring the textbook you are using the for the Water's pieces about MLK.

To preview my feedback: "Less is more". We will talk more on Thursday.

Looking forward to debriefing.



--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this

05/22/2015 06:42 AM

3/4/2015   Chicago Public Schools Mail - Updated Invitation: Weekly Planning Session @ Weekly from 8:45am to 9:05am on Monday from Mon Jan 12 to Mon Jun 15 (...

 Chicago Public Schools

*Teachers Prep*

Fields, Gloria <gdfields@cps.edu>

# Updated Invitation: Weekly Planning Session @ Weekly from 8:45am to 9:05am on Monday from Mon Jan 12 to Mon Jun 15 (gdgaither@cps.edu)

1 message

**Chad Weiden** <cpweiden@cps.edu>                                    Mon, Jan 26, 2015 at 6:19 AM
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

---

**This event has been changed.**

---

**Weekly Planning Session**                                              more details »

When        **Changed:** Weekly from 8:45am to 9:05am on Monday from Mon Jan 12 to Mon Jun 15 Central Time

Calendar    gdgaither@cps.edu

Who         • Chad Weiden - organizer
            • Gloria Fields

Going?  All events in this series:  **Yes - Maybe - No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for updated invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

---

📄 **invite.ics**
2K

*This invitation was generated after another teacher left Edgebrook School. This teacher was under the same scrutiny as I. She is also over the age of 40. She currently works at another school within the system.*

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 56 of 128 PageID #:56



## Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# UbD_Template_2-3.docx - Invitation to edit
1 message

**Chad Weiden (via Google Docs)** <cpweiden@cps.edu>                    Mon, Jan 26, 2015 at 8:58 AM
To: gdfields@cps.edu

cpweiden@cps.edu has invited you to **edit** the following document:

📄  UbD_Template_2-3.docx

Open in Docs

Google Docs: Create and edit documents online.

Google

*Created while planning during Teacher's Prep period. Demanding and stressful.*


**Chicago
Public
Schools**

Fields, Gloria <gdfields@cps.edu>

## Re: Assignment: Advances in Civil Rights
5 messages

**Weiden, Chad <cpweiden@cps.edu>**                                Mon, Jan 26, 2015 at 12:53 PM
To: Gloria Fields <gdfields@cps.edu>

A couple of follow up questions on this assignment....

1. Did they have time to work on it in class today?
2. How did you introduce it?
3. On the assignment, there are some laws that are due tomorrow and other that are due later in the week? How can you be more clear in your instructions so they don't think the whole assignment is due tomorrow?

On Mon, Jan 26, 2015 at 11:32 AM, Gloria Fields (Classroom) <no-reply+28fadd1a@classroom.google.com> wrote:

> Gloria Fields added a new assignment to Block Four.
>
> Assignment: Advances in Civil Rights
> Instructions: Visit the Library of Congress to conduct your research.
> Due date: Jan 27
> View assignment: http://classroom.google.com/c/NDYzMjcyMjJa/a/ODgxOTczNjBa/details
>
> You are receiving this email because you are signed up for Block Four. Click to unsubscribe from these emails: http://classroom.google.com/s
>
>
> Google Inc., 1600 Amphitheatre Pkwy, Mountain View, CA 94043 USA

—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

**Fields, Gloria** <gdfields@cps.edu>                                    Mon, Jan 26, 2015 at 1:04 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

The students were introduced to the assignment in class.  It was assigned according to the due dates for
homework.  If time permits as we move through the week, they will work on it in class.


Gloria D. Fields
Edgebrook School
[Quoted text hidden]

**Weiden, Chad** <cpweiden@cps.edu>                                    Mon, Jan 26, 2015 at 4:29 PM
To: "Fields, Gloria" <gdfields@cps.edu>

That is not quite clear on the assignment you posted. You may want to clarify to help student's understanding of
the assignment.
[Quoted text hidden]

**Fields, Gloria** <gdfields@cps.edu>                                    Mon, Jan 26, 2015 at 4:54 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

I made an edit to bring their attention to the posted dates.

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

**Weiden, Chad** <cpweiden@cps.edu>                                    Tue, Jan 27, 2015 at 7:07 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Great. Can you re-share your lesson plans for this week? I cannot find them through my e-mail....
[Quoted text hidden]

· 3/4/2015 ·    Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 59 of 128 PageID #:59

Chicago Public Schools Mail - Re: Assignment: My Life. My Story.

 **Chicago Public Schools**

Fields, Gloria <gdfields@cps.edu>

---

# Re: Assignment: My Life. My Story.

1 message

---

**Weiden, Chad** <cpweiden@cps.edu>         Mon, Jan 26, 2015 at 4:28 PM
To: Gloria Fields <gdfields@cps.edu>

Can you send me the My Life. My Story assignment? I can't find it on your google classroom.

On Mon, Jan 26, 2015 at 1:15 PM, Gloria Fields (Classroom) <no-reply+28fadd1a@classroom.google.com>
wrote:

> Gloria Fields added a new assignment to Block Three.
>
> Assignment: My Life. My Story.
> Instructions: For homework, please complete your autobiography. Read your essay with a parent or older
> sibling.
> Due date: Jan 27
> View assignment: http://classroom.google.com/c/NDYzMjQ3NjVa/a/ODgyMjgxNzBa/details
>
> You are receiving this email because you are signed up for Block Three. Click to unsubscribe from these
> emails: http://classroom.google.com/s
>
>
> Google Inc., 1600 Amphitheatre Pkwy, Mountain View, CA 94043 USA

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

Chicago Public Schools Mail - UBD: Night - Invitation to edit



Fields, Gloria <gdfields@cps.edu>

---

# UBD: Night - Invitation to edit

1 message

---

**Chad Weiden (via Google Docs)** <cpweiden@cps.edu>
To: gdfields@cps.edu

Mon, Jan 26, 2015 at 4:39 PM

cpweiden@cps.edu has invited you to **edit** the following document:

 UBD: Night

 This is working UBD draft. Begin to populate information and we can focus on this plan when we meet next week. Or, we can meet again this week if you would like. Up to you.

Open in Docs

---

Google Docs: Create and edit documents online.

Google



Fields, Gloria <gdfields@cps.edu>

## Lesson Plan Feedback- January 27th 2015

1 message

**Weiden, Chad <cpweiden@cps.edu>**          Tue, Jan 27, 2015 at 9:26 AM
To: Gloria Fields <gdfields@cps.edu>

Good Morning-

My feedback is below. Please let me know if you want to debrief any of the feedback in person. I will drop by your classes during the week to ensure the changes are implemented and if you need additional support. Remember: less is often more.

8th Grade
Homework Balance
Monday: Finalizing their autobiography and researching some of the civil rights laws seem a little too much. I would have had the students complete the civil right activity in class and finish the autobiography for homework. Tuesday: Can you give student's 10 minutes to start their civil rights research in class?

Alignment
Overall, I see clear alignment between objectives and activity. Nice job.  A couple of things to note: Wednesday: I would actually have students read the Sontag piece first. It sets up their minds to approach photography. Complete Photography 1 in class and Photography 2 for homework.

Thursday-Monday: I am a little unclear on everything you are expecting kids to do when they read. From understanding, they are to complete character squares, timeline, chapter summaries, annotation, Examine questions, comprehension questions,  partner activity, writing activity... TOO MUCH. What is your objective and assign homework that is aligned to that objective. Please create ONE DOCUMENT for students to complete squares and summaries. Then, when students enter class, have them complete the comprehension question using their squares and summaries. That is a great warm up for kids. Send me the document before you introduce this one Thursday.

7th Grade
Homework Balance
Monday: I am very unclear on what is for homework. From my understanding it is the following: gather info about a time in history(?), read section 1, research the Holocaust(How? What?), answer study guide questions, Add info to the kWL, answer a question and write a paragraph. Again, TOO MUCH. What is your objective and how do the activities/homework align? I would edit the research and the paragraph response. have student research in class and use that question as a warm up for Tuesday. Why not do characters and summaries as well? This will clarify and simplify your expectations. Students can answer study guide questions when they arrive to class using their squares and summaries.

Alignment
Wednesday: You list these questions. What skill are you pushing on? Are students answering these independently? Are they in small groups discussing? How are you pushing on the speaking and listening standard with these activities? Please provide more detail for me to understand how you are approaching the lesson.
  1. **Consider why no one believed Moshe the Beadle--answer the following questions**
  a. **How does Eliezer view Moshe at the beginning of the book?**
  b. **How do other in Sighet regard him?**

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 62 of 128 PageID #:62

c. Why were Moshe and other foreign Jews expelled from Sighet?
d. How do other Jews in the community respond to the deportation of foreign Jews?
e. What did Moshe witness when he was shipped to Poland?
f. Why does he want the Jews of Sighet to know what he saw?
g. Why is it so important to Moshe that he be believed?
h. Was Moshe a madman as some people claim?
i. What does that label seem to mean in Sighet?
j. What does the word mean to you?

‒

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE

The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Additional Feedback- Wordly Wise
1 message

**Weiden, Chad** <cpweiden@cps.edu>            Tue, Jan 27, 2015 at 9:33 AM
To: Gloria Fields <gdfields@cps.edu>

I notice that there is a midterm test for worldly wise chapters 1-10. Students informed me that they were told about the midterm yesterday. Giving students 2 days to prepare for midterm is not enough time. You have to give them at least a week. Please postpone the midterm until at least Monday. Grades are not due until the 4th. You will have plenty of time to grade and put into 2nd quarter grades.

But again, I have to ask, what is the objective you are trying to hit with the midterm? Is it relevant?

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.



Chicago Public Schools Mail - Pop In- 20150127/ELA- Feedback

Fields, Gloria <gdfields@cps.edu>

## Pop In- 20150127/ELA- Feedback

1 message

**Weiden, Chad** <cpweiden@cps.edu>                                          Tue, Jan 27, 2015 at 1:33 PM
To: Gloria Fields <gdfields@cps.edu>

Good morning-

Feedback is below. Let me know if you want to debrief in person.

<u>10:40am- Entrence Ticket</u>
*(3C, 3D)You never went over the entrance ticket. Why? This would have been a great opportunity to get a sense of students understandings as it relates to these larger themes in the text.
<u>10:45am- Finish Wordly Wise Test</u>
<u>10:50am- Working on Autobiography</u>
*(3A)On Google Classroom, it states the autobiography was due today. However, in class, you said it was due Thursday. Which is it? This is confusing. Clarify for your students ASAP.
*(3A)Additionally, your directions for what students should be doing with their autobiography was unclear. Some were casual chatting with each other. Other were working on an assignment that they already completed. What should have been "done" during that time? From my perspective, that time could have been better utilized.
<u>11:10am- Working on Civil Rights Cases</u>
*(3A)You provided very little directions to the students. I would recommend taking 2-3 minutes to re-clrify the assignment, reinforce why the assignment is important to their understanding of the book.
*(3A)You also verbally mentioned that the first 5 cases needed to have 3-5 sentence summaries. How can that information be added to their directions on the assignment. It is not enough to just say it out loud, you have to follow up on the actual written assignment.

11:30am- Directions
*You clarified that the worldly wise mid term was canceled. However, you did not clarify what was for homework. This would have been a great opportunity to clarify with students what is due and when.
*You introduced the name of the novel during this class. I am wondering then if students know the context for the research around civil rights cases. Have you linked the new novel to this work?

Overall
As you can see, there are some on-going issues as it relates to communicating with your students. Take come time to reflect and identify a couple of strategies that will help you improve. I have a couple of ideas if you are interested.

Also, below is what was listed in your lesson plans for today. Very different than what was observed in class.

1. **highlight in autobiography words that references their culture**
2. **underline in autobiography events that demonstrate social skills, and values**
3. **small group discussions using information researched**

Sincerely,



Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave

*Untrue - Assignments are posted in The Google Classroom.*



Fields, Gloria <gdfields@cps.edu>

## Fwd: Mrs. Fields

1 message

**Weiden, Chad** <cpweiden@cps.edu>                                      Tue, Jan 27, 2015 at 1:38 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon-

Please see below. I ask that you make sure that Max is allowed to take the exam. Moving forward, again thinking around more flies with honey, is it really worth fighting with Max over a pen? Max should have access to every test like everyone else during the time allotted in class.

But again, there is always two sides to every story. I ask that you resolve the situation today, respond to Ms. Krolak and CC me.

You want to build a relationship with Ms. Krolak where she comes to you first with any concerns. This is similar to the situation with Anthony. What can you do to foster and sustain that type of relationship?

Thanks for your help.

———— Forwarded message ————
From: **Elizabeth Krolak** <lizziekrolak@yahoo.com>
Date: Tue, Jan 27, 2015 at 8:48 AM
Subject: Mrs. Fields
To: Miedona William <wjmiedona@cps.edu>, Chad Weiden <cpweiden@cps.edu>

*Student was not truthful w/parent.*

Mr. Weiden and Bill,
I'm sorry to keep sending you these emails but I feel the need to express my frustration with her as it has really been the root of a lot of my stress this year. Max just told me about a test(? )he wasn't sure which test it was that was supposed to be taken in her class the other day and apparently he didn't have a pen to take the test. She told him to borrow one from a neighbor which he did but then the student had asked for it back, so he didn't have one for the test. He said she puts him in the corner so it was hard for him to ask for a pen from anyone. Which to me sounds counterproductive for his ADHD since this could get him into more trouble being in an area where he is not engaged and left to find other activities to distract him. Anyway, he said he was unable to take the test because he didn't have a pen and now he won't receive credit for the test. Mrs. Fields was apparently aware of this. I am more than frustrated that this is allowed to happen after everything I do to help him outside of class to try to make sure he receives all of the points possible that he can receive to keep those grades from slipping. I continue to feel that she is a "roadblock" to his success.

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

*I always have available pens, pencils + materials on the table. All students are aware of this.*

 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

## Maxwell Krolak
1 message

**Fields, Gloria <gdfields@cps.edu>**                                    Tue, Jan 27, 2015 at 5:05 PM
To: LizziePNP <lizziekrolak@yahoo.com>, Chad Weiden <cpweiden@cps.edu>, William Miedona
<wjmiedona@cps.edu>, Maxwell Krolak <mkrolak@cps.edu>

Good Afternoon,

This communication is to encourage you to contact me first with your concerns about Maxwell and his
performance in my classes.  At this time, he has a B in Writing and Reading.  After speaking with Maxwell this
afternoon, I realize that he did not complete a pre-assessment before leaving class yesterday.  It was a quick
way--an exit slip--for me to determine what the students know about the Civil Rights Movement.  He said he kept
the paper, but does not know where it is now.  The task will not be recorded in Gradebook.  It was data for me
and for him --it is not a missing assignment.

As we move into the third quarter, I want to assure you that I have seen improvement in Maxwell's behavior and
academic performance.  Please help me by encouraging him to stay on task in class.  I am here to support him.
This week he will receive a copy of the novel "Warriors Don't Cry" by Melba Patillo Beals.  Maxwell should read
the text while he listens to the audio.

Please let me know if you have any additional questions.

Sincerely,
Gloria D. Fields
Edgebrook School


Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Anthony Cimpean
2 messages

---

**Fields, Gloria** <gdfields@cps.edu>                                      Tue, Jan 27, 2015 at 2:09 PM
To: Chad Weiden <cpweiden@cps.edu>

Good Afternoon,

When Anthony returned to school after being absent, yes he did approach me about his missing assignments—
while I was giving instructions for a current assignment. When I finished my instructions, I asked if he brought in
a note for his absence.  He replied no.  I told him we would "work it out".  He has.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>          *Important!*          Tue, Jan 27, 2015 at 2:18 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Good afternoon-

I want to acknowledge, I am sharing a great deal of feedback with you today: lesson plans, instruction and parent
issues. I understand if your level of feedback is at "full". Honestly speaking, I would be "full" as well. I will do a
better of job of providing lesson plan feedback on Monday and allow instructional feedback throughout the week.

However, and not to belittle the point, I see a significant part of your professional growth around issues at they
relate to communication. Point of example: you mentioned that you told Anthony you two would "work it out" and
you did. If Anthony truly understood that you would "work it out", why did he feel the need to send me the e-mail?
There was clearly a miscommunication.

I know your intention is to clearly communicate and support students the first time around. I know that. However,
for some reason, your communication is not as consistently effective as it should be. I think it can be. However, it
will take you to reflect, talk to your colleagues and identify a couple of strategies a week to employ. Again, I have
a couple of ideas if you are interested.

I think I have identified the three mantras for your professional growth:

*You catch more flies with honey than vinegar.
*Less is more.
*Over-communcating is clearly communicating.

Looking forward to continuing the discussion .
[Quoted text hidden]
–
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave

https://mail.google.com/mail/u/0?ui=2&ik=30e640b99f&view=pt&q=chadweiden&qs=true&search=query&th=14b2d02e824f24c20&sim...   14h2d02e824f24c20...

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 68 of 128 PageID #:68


Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Annotation

2 messages

**Fields, Gloria** <gdfields@cps.edu>                           Wed, Jan 28, 2015 at 9:16 AM
To: Chad Weiden <cpweiden@cps.edu>

Please make a comments.



| | |
|---|---|
| **?** | **Do not understand?** |
| **!** | **Wow!** |
| **TE** | **Textual Evidence** |
| **+** | **Connection** |
| **C** | **Character** |
| **S** | **Setting** |
| **T** | **Theme** |

## Thanks.

Gloria D. Fields
Edgebrook School

**Weiden, Chad** <cpweiden@cps.edu>                           Wed, Jan 28, 2015 at 9:18 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning-

I would edit the character and setting. They are using the charter squares to document that specific information. And essentially, textual evidence can be for character, setting and comprehension questions. Keep it simple with just 5 annotations.
[Quoted text hidden]
–
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 69 of 128 PageID #:69



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Pop In Feedback- ELA-20150128

4 messages

*Block 4*

**Weiden, Chad** <cpweiden@cps.edu>              Wed, Jan 28, 2015 at 3:12 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon-

Thanks for having me in today. Just a couple of quick pieces of feedback below.

The reason I asked the questions in your class today:

Repeating(So, Annie, what is your homework tonight?): Having students repeat expectations gives student multiple opportunities to hear what is expected. Over communication helps clarify communication.

Connecting(Why do you think Ms. Fields wants you to learn about photography?): Kids should be able to connect why they are doing what they are doing. This question connects the reading to the photography reading and then the photograph analysis and then the text. If kids don't know the connections, they will be less likely to understand and appreciate the assignment.

Homework: I would have assigned only one photograph analysis. Go over it as a class then have them complete one in class to asses if they truly "get" it.


--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*


PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

**Fields, Gloria** <gdfields@cps.edu>              Wed, Jan 28, 2015 at 3:38 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Check the Google Classroom.

Thanks!

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                                    Wed, Jan 28, 2015 at 3:45 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Got it. Please know my feedback is just to help. You don't have to change your assignment. If I need you to change an assignment, I will explicitly ask. Sounds fair?

[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>                                  Wed, Jan 28, 2015 at 3:49 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Specifically, with Block Three I felt it would be too much.  I prefer to give both blocks the same assignment.

Sounds fair to me.

Thank you.

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

Pop In 1/29 B4

 Chicago Public Schools

*Teacher Prep*

Fields, Gloria <gdfields@cps.edu>

# Invitation: Night Unit Plan Check In @ Mon Feb 2, 2015 8:45am - 9:15am (gdgaither@cps.edu)

1 message

**Chad Weiden** <cpweiden@cps.edu>                    Fri, Jan 30, 2015 at 1:21 PM
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

## Night Unit Plan Check In                    more details »

| When | Mon Feb 2, 2015 8:45am – 9:15am Central Time |
| Calendar | gdgaither@cps.edu |
| Who | • Chad Weiden - organizer |
| | • Gloria Fields |

Going?  **Yes - Maybe - No**   more options »

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

📄 **invite.ics**
1K

(Cap. Ins) Tuesday, February 3, 2015 (No feed back)

Wednesday, February 4, 2015 (feedback 2/5/15)

Friday, February 6, 2015 (No feedback)
(after Planning Meeting)

Wednesday February, 25, 2015 (No Feedback)
Friday, February, 27, 2015 (No Feedback)

Twenty Days in February
→ February 2, 19     Snow Days
February 16,          Holiday

 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Pop In Feedback- ELA- 20140204

1 message

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Thu, Feb 5, 2015 at 8:15 AM

Good Morning-

Some brief feedback this morning from my brief pop in yesterday. Let me know if you want to debrief in person.

<u>Setting Up the Classroom</u>
It took you a good five minutes to arrange the desks into student groups. I would suggest a better way which will leave you time and effort is to post the names of the groups on the board/ELMO, and give kids 30 seconds to move in tot heir groups. It will save you valuable instructional time.

<u>Reviewing the Comprehension Questions</u>
I don't quite understand why you had students type the comprehension questions into a Google Document while they had the answers on a sheet of paper. If they answered the questions once, why do they have to do it again? From the observation, it appears to be a loss of instructional time. My recommendation is to rather use the time to have students talk about their answers to the comprehension questions and reach consensus on their answers. I see this activity taking no more than 5 minutes. Share out as a whole group then move onto the deeper higher level questions since that is the main objective.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

February 6, 2015 @ 8:45 am

The following two pages were left in my classroom. Using a magnet to leave this information on

8:45 { my board with the words "Your Homework

* { No other teacher received this information.

I erased the message and left the room. When I returned to the room, there was

9:10 { a second message. "I was here, find me."

Intimidation is one of Mr. Weider's tactics to will his way. Upon his third visit, we met.

Planning meeting - Teacher's Prep.

* according to the Chicago Teacher's Union, a principal cannot just give me an assignment.

# *Strengthening Teacher Roles of Facilitator and Personal Coach*

How teachers define their roles will shape their behaviors and their practices. Particularly in urban schools, the teacher roles of facilitator and personal coach are linked to more effective management of a high functioning classroom community and more effective support for struggling and at-risk students, students of color, and students with disabilities. Intentional efforts to strengthen one's role of group facilitator is the starting point for creating a learning environment that helps build cohesiveness, a common purpose, cooperation and interdependence within the group. As students feel more connected to the group, they are more likely to invest in becoming responsible and productive group members.

Serving in the role of personal coach for students communicates a teacher's investment in each student's personal development and well-being beyond daily mastery of academic content. A good coach, first and foremost, believes in a student's capacity to get it right and do it right. Good coaches communicate, "I'm on your side and on your case." (Lieber, 2007) In a coaching role, teachers provide encouragement and concrete feedback, push for quality and high performance, listen responsively, and help students problem solve, recover and get back on track when they are struggling.

# Beyond Instruction: Unpacking Other Key Teacher Roles

## With the Class...

### You're a Group Facilitator

Who assists, guides, and enables the group to do its work effectively by:

- Modeling the sprit, presence, and Skills you expect of students

- Reading the group and what It needs in the moment

- Spending more time observing, coaching, and listening to the group than the group spends watching and listening to you

- Making the purpose of the work transparent: "Here's why we're doing what we're doing."

- Making observations transparent: "Here's what I'm seeing and hearing."

- Asking questions that enable the group to focus, reflect, and assess; to foster curiosity and insight; to deepen understanding; and help the group apply what they have learned.

- Insisting on group accountability for working effectively together, achieving a goal, or completing a task

- Insisting on individual responsibility for learning

- Debriefing what the group has experienced and learned

## With Individual Students...

### You're a Personal Coach
*"I'm on your side and on your case."*

Who believes in students through
- Words of encouragement
- Confidence in students' capacity to meet learning and behavioral expectations
- Naming students' strengths and assets
- Providing personalized support when students need it

Who listens responsively by
- Valuing students' right to be listened to taken seriously
- Inviting students to tell their stories
- Asking students what they need to be successful
- Acknowledging students' feelings
- Withholding assumptions and pre-judgments

Who helps students get it right through
- Explicit learning and behavioral expectations
- Giving immediate and concrete feedback
- Modeling, teaching, practicing, and assessing students' habits of learning and self-discipline
- Pushing for high quality and high performance

Who helps students recover and restore themselves when they are struggling through
- Observing and responding to academic and behavioral concerns
- Problem solving
- Restorative conferencing
- Behavioral and academic plans
- Daily or weekly progress reports
- Consultation with or referral to other staff members when students' problems become barriers to learning successfully

©2014    Engaging Schools    Cambridge, MA    1.800.370.2515




Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Cognitive Theory and Research

2 messages

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Mon, Feb 9, 2015 at 7:26 PM

Good Evening,

Thank you for coming into my classroom today to share the "Cognitive Theory".
I am excited to see the questions that students will generate. If you make the copies for the seventh graders, I will share the information with them.

At this time, Middle School teachers need a common rubric and process for including research in the content areas.

Most importantly, Research should not be included as a grade under my name. Is it possible to upgrade Gradebook prior to this quarter's Progress Reports? Additionally, Samantha Sellis needs to be dropped from Gradebook.

Again, thank you for your assistance.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Mon, Feb 9, 2015 at 7:40 PM

Good evening-

I was just e-mailing you. Thanks for reaching out to me first. I appreciate it.

Power point is attached.
The one pager can be found here: http://tori.wikispaces.com/file/view/05-2Bloom-15%20Sample%20Question%20Stems%20_Bloom_.pdf/164040087/05-2Bloom-15%20Sample%20Question%20Stems%20_Bloom_.pdf
Use and adjust as you see fit. I will print out 60 copies for you tomorrow morning.

My follow up to the quick mini lesson today....what did you learn? What instructional strategies did you notice? Which ones would you steal? Which ones would you never do or do differently?

I agree. We need a common rubric for research and research writing. Maybe we can add this to the next Middle School meeting? Also, for 3rd quarter who should own the research grade? SS? And who has it for 4th quarter?

Ms. Vaccaro is transferring Sam out of the school. her name should disappear within the week.

[Quoted text hidden]


Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Canceled Event: Meeting with         @ Wed Feb 18, 2015 12pm - 12:30pm
## (gdgaither@cps.edu)

1 message

**Chad Weiden** <cpweiden@cps.edu>                                    Wed, Feb 18, 2015 at 9:26 AM
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

---

**This event has been canceled and removed from your calendar.**          *This meeting*
                                                                            *occurred during*
### Meeting with .                                                          *my lunch.*

When       Wed Feb 18, 2015 12pm – 12:30pm Central Time

Calendar   gdgaither@cps.edu

Who        • Chad Weiden - organizer
           • Lindsey Siemens
           • Gloria Fields
           • ~~Tammy Vance~~

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for cancellations on calendar
gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this
calendar.

---

📄 **invite.ics**
1K

*Mr. Weiden came into my classroom*
*while I was having lunch. Later returned*
*with student and another teacher.*
*Forced interaction during my lunch*



Fields, Gloria <gdfields@cps.edu>

# Planning Meeting

3 messages

---

**Fields, Gloria** <gdfields@cps.edu>                           Fri, Feb 20, 2015 at 6:03 PM
To: Chad Weiden <cpweiden@cps.edu>

Good Evening,

This communication is to confirm your agenda and our conversation this morning:

1. Projected timeline for current novels for both seventh and eighth grades
2. Identifying Reading Skills focus for next "unit"
3. Possibility of Literature Groups/Differentiating
4. Use of Textbook for Poetry, etc...
5. Questioning my truthfulness for "caring for a student" in meeting on Thursday, February 19th
6. Ms. Patel's Departure–need for me to step-up
7. Caps & Gowns Delivery

Thank you for your time and input.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Fields, Gloria** <gdfields@cps.edu>                           Sat, Feb 21, 2015 at 8:35 AM
To: Chad Weiden <cpweiden@cps.edu>

Correction–Wednesday, February 18th was the day we had the meeting with Ms. Siemens and Antonio during lunch.
Ms. Siemens took notes.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Chad Weiden** <cpweiden@cps.edu>                              Mon, Feb 23, 2015 at 4:52 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Good evening-

Your email is an accurate account of our meeting. However, I did not question your truthfulness regarding your caring for Antonio. I know you care for ____. I did question the tone in which it was communicated. My purpose in addressing the issue was to bring to your attention the tone in which we communicate to students and the possible perceptions as a result of that communication. I do not think ____ believed you. That is up to you to address with

3/2/2015                    Chicago Public Schools Mail - Weekly Lesson Plans - Invitation to edit

 Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

## Weekly Lesson Plans - Invitation to edit

1 message

**Chad Weiden (via Google Docs) <cpweiden@cps.edu>**                          Fri, Feb 27, 2015 at 9:03 AM
To: gdfields@cps.edu

cpweiden@cps.edu has invited you to **edit** the following document:

📰   Weekly Lesson Plans

[ Open in Docs ]

Google Docs: Create and edit documents online.

**Google**

From: **Weiden, Chad** <cpweiden@cps.edu>
Date:
Subject: Re: Planning Time
To: "Muhammad, Maria" <mmmuhammad@cps.edu>
Cc: Gloria Fields <gdfields@cps.edu>

Good Morning-

I checked with Angel and Pat this morning. They do not plan to be in the building this Saturday.

On Mon, Feb 23, 2015 at 6:11 PM, Muhammad, Maria <mmmuhammad@cps.edu> wrote:
> Dear Mr. Weiden,
>
> Will Mr. Rivera, janitors, engineers...be working this Saturday?
>
>
> On Monday, February 23, 2015, Chad Weiden <cpweiden@cps.edu> wrote:
>> Good afternoon-
>>
>> Thank you for your email. Unfortunately, this Saturday is not convenient as I have family in town.
>> Do you have another day in mind? Or could you meet off campus at a coffee shop?
>>
>> Sent from an iPhone. Please excuse any typos or errors.
>>
>> On Feb 23, 2015, at 4:05 PM, Muhammad, Maria <mmmuhammad@cps.edu> wrote:
>>
>>> Dear Mr. Weiden,
>>>
>>> In an effort to prepare a presentation for Parent Night in March, Mrs. Fields and I would like to
>>> have time to collaborate about the curriculum. Currently, our schedules do not indicate
>>> common planning time.
>>>
>>> Perhaps, Saturday, February 28 7:00-11:00 a.m. is a convenient time for you to provide us access

to the building.  Of course, we would prefer to be compensated.

Will that work for you?  Please let us know.

**Thank you,**

**M. M. Muhammad**
**Educator**
**Edgebrook School**

--
**Thank you,**

**M. M. Muhammad**
**Educator**
**Edgebrook School**

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

No other
offer!
Ever!

05/22/2015 06:42 AM

Edgebrook Elementary School
6525 North Hiawatha •Chicago, IL 60646
773.534.1194• edgebrookschool.org



Friday March 6th, 2015

7th Grade Culture/Climate Meeting

    I.     Data Review
    II.    Review Procedures and Protocol
    III.   Weiden's Core Values
    IV.   Challenge: How do we build a **shared** culture of joy, accountability and respect?



*March 6th*

Weiden's Core Values

1. I am frustrated. I know you are too.
2. The Edgebrook fraternity is disrespectful and argumentative. Make no doubt about it.
3. They also are desperate to build relatinships with you. One of our student said: If we care about the teacher, we will act appropriately for the teacher. We must reflect how we speak to them as much as we reflect upon what we speak to them. (Relationships)
4. They are kids. They will mess up over and over again. They do not have the moral development at this stage of their life. If there is wiggle room, they will take it. (Consequences)
5. I will not be the superman who swoops down and suspends kids. That usurps your power resulting in only one of us having the power. We must collectively share the power as a team. Kids must see us collectively sharing that power. (Culture/Climate
6. Suspension is for the other kids not for the kid being suspended. (Consequences)
7. There is not evidence that suspension works. Eric Anderson was suspened 33 times in one school year. (Consequences)
8. If I do decide to suspend, I must have documented evidence with multiple interactions with parents and scaffolded consequences. (Consequences)
9. We have not been consistent. That is OK. We can get back to consistency. But we have to do it as a team. (Consistency)
10. A tight and engaging lesson ensures a managed classroom. "Plan Up" for 7th grade.
11. We have to build rituals and rewards that both celebrate appropriate behavior and allow others stduents to own and be apart of shapping the culture. (Culture, Rewards)
12. I cannot lead the rituals. You must. You must preach, teach, inspire and not be scared to get the 7th grade together as a group. (Culture/Climate)
13. I have your back 120%. We follow protocols, policies, build culture....when the rubber meets the road....I promise I will have your back.

3/2/2015                                  Chicago Public Schools Mail - Gradebook- Progress Monitoring



Fields, Gloria <gdfields@cps.edu>

# Gradebook- Progress Monitoring



1 message

**Weiden, Chad** <cpweiden@cps.edu>                                Mon, Mar 2, 2015 at 2:54 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon-

I had an opportunity to check grade book this afternoon to ensure we are up to date on our policy of 3 grades a week. I found the following:

<u>7th Grade ELA</u>
10 assignments for 4 weeks. You are short about 2 assignments. Just be aware of this as you move forward with this week's grades.

<u>8th Grade Science</u>
11 grades for 4 weeks. Looks good. However, it says Night AR for one of the assignments. Should that read warriors don't cry?

<u>6th Grade Writing</u>
5 grades, 3 entered for 4 weeks. Make sure you update your two grades in writings by tomorrow.

All in all, you are keeping up with your grading. Thank you so much. I have a couple of ideas how I can assist grading in 8th Grade ELA. I will find you sometime tomorrow.

—

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

*[Handwritten: Pop In Visits Tuesday, March 3, 2015 Blocks 3 & 5 No feedback]*

From: **Fields, Gloria** <gdfields@cps.edu>
Date: Tue, Mar 3, 2015 at 12:01 PM
Subject: Meeting
To: chrysoula flou <cdemosfludas@gmail.com>, Chad Weiden <cpweiden@cps.edu>, Theodore Fludas <tefludas@cps.edu>

Dear Mrs. Fludas,

If you would like to meet next Tuesday, March 10th @ 8:00-8:20, please let me know.

Sincerely,

Gloria D. Fields
Edgebrook School

1 of 1

05/22/2015 06:43 AM

From: **Chad Weiden** <cpweiden@cps.edu>
Date: Tue, Mar 10, 2015 at 7.12 PM
Subject: Invitation: Fludas Discussion @ Wed Mar 11, 2015 8:45am - 9:15am (gdgaither@cps.edu)
To: "gdfields@cps.edu" <gdfields@cps.edu>

---

## Fludas Discussion

**more details »**

| | |
|---|---|
| When | Wed Mar 11, 2015 8:45am – 9:15am Central Time |
| Where | 115 (map) |
| Calendar | gdgaither@cps.edu |
| Who | • Chad Weiden - organizer |
| | • Gloria Fields |

Going?  **Yes** - **Maybe** - **No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 88 of 128 PageID #:88



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# Updated Invitation: Fludas Discussion @ Wed Mar 11, 2015 9:20am - 9:40am (gdgaither@cps.edu)

6 messages

---

**Chad Weiden** <cpweiden@cps.edu>
Reply-To: Chad Weiden <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>

Wed, Mar 11, 2015 at 7:31 AM

| | |
|---|---|
| **This event has been changed.** | |

**Fludas Discussion**                                                   more details »

| When | **Changed:** Wed Mar 11, 2015 9:20am – 9:40am Central Time |
|---|---|
| Where | 115 (map) |
| Calendar | gdgaither@cps.edu |
| Who | • Chad Weiden - organizer |
| | • Gloria Fields |

Going?   **Yes** - **Maybe** - **No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account gdfields@cps.edu because you are subscribed for updated invitations on calendar gdgaither@cps.edu.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

📄 **invite.ics**
1K

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Wed, Mar 11, 2015 at 8:07 AM

Good Morning–

Please send me an email explaining Mrs. Fludas' concerns.

Thank you.

Sincerely,

*Time Changed*

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

3/12/2015    Chicago Public Schools Mail - Updated Invitation: Fludas Discussion @ Wed Mar 11, 2015 9:20am - 9:40am (cpbraither@cps.edu)

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 89 of 128 PageID #:89

**Weiden, Chad** <cpweiden@cps.edu>                                    Wed, Mar 11, 2015 at 9:19 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning-

See attached agenda. I am waiting for you in my office.    *Tone - Intimidating*

[Quoted text hidden]
–
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

> 📄 **Professional Expectations_Grading_Communicating_20150311.doc**
> 1135K

---

**Fields, Gloria** <gdfields@cps.edu>                                Wed, Mar 11, 2015 at 3:26 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Mr. Weiden,

The following discussion occurred today during Block 3:   *(Instructional Time)*

The purpose of the meeting was to point out that the grading procedures must be clear and the quantity of
assignments for English Language Arts must outnumber the number of Wordly Wise assignments. Although
communication is positive with most parents, Mrs. Fludas had some concern. As a teacher, I strive to be
consistent and I am aware of the need for positive relationships with students, parents and colleagues. Moving
forward, I will adjust assignments in Gradebook and continue to turn in my lesson plans by 8:30 a.m. on
Mondays.


Sincerely,


Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                                  Thu, Mar 12, 2015 at 7:54 AM
To: "Fields, Gloria" <gdfields@cps.edu>

**Edgebrook Elementary School**

6525 North Hiawatha   Chicago, IL 60646

773.534.1194   edgebrookschool.org

*Attached Agenda*

Wednesday March 12th 2015

Meeting Agenda

I.     Purpose
II.    Grading Procedure: Point Value and Quantity of Assignments
III.   Communication with Parents
IV.   Consistency and Perception
V.    Closing

Next Step: E-mail Mr. Weiden by the end of the day your understanding of the professioanl expectations discussed at the meeting.

*Ms. Vance was present*

*My Notes*

**Edgebrook Elementary School**
6525 North Hiawatha •Chicago, IL 60646
773.534.1194• edgebrookschool.org

Mind • Heart • Effort
EDGEBROOK

Wednesday March 12th, 2015

Meeting Agenda

[Content of Concerns]

- I. Purpose
- II. Grading Procedure: Point Value and Quantity of Assignments
- III. Communication with Parents
- IV. Consistency and Perception
- V. Closing

\* March 2, 2015
No comment on inconsistency in

\*\* GB Progress Monitoring 3/2

Next Step: E-mail Mr. Weiden by the end of the day your understanding of the professioanl expectations discussed at the meeting.

Mr. Weiden - Stated that I have

Issues everywhere you turn

Insulting

Issues: { Grading
{ Planning    ✓ Questioning Students

Stated that "I was making his job difficult."

*My Note* *Finding Every Changed in February*

## Fludas, Theodore Emmanuel (50030363)

See Email
Gradebook Progress
Monitoring

**CHGO READING FRMWK 8 (A216) (Period 1)**                    **83**

March 2, 2015
(Principal had no question

**Assignments 0 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| | | | Average | -- | |

**Homework 10 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| Annotating a Text | Jan-30 | Feb-3 | 100 | 60 | |
| WordlyWiseLesson11A-D | Feb-3 | Feb-5 | 100 | 80 | |
| Lesson 11 E & D ? | Feb-9 | Feb-9 | 100 | 70 | — Not Complete |
| Wordly Wise Lesson 12 (A-F) | Feb-12 | Feb-18 | 100 | 100 | |
| Wordly Wise Lesson 13 A & B | Feb-25 | Feb-25 | 100 | 60 | |
| Wordly Wise Lesson 13 C & D | Feb-27 | Feb-28 | 100 | 60 | — Missing |
| WordlyWise13E&F | Mar-2 | Mar-3 | 100 | 60 | |
| WordlyWiseLesson14 A-D | Mar-9 | Mar-9 | 100 | | |
| | | | Average | 70 | |

**Class Participation 20 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| | | | Average | -- | |

Effective
A-F

**Assessments 40 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| Antonyms/Analogies | Feb-4 | Feb-4 | 100 | 100 | |
| WarriorsDon'tCry | Mar-2 | Mar-3 | 100 | 60 | |
| Lesson 10 | Mar-5 | Mar-5 | 100 | 100 | |
| | | | Average | 86.67 | |

**Quizzes 0 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| | | | Average | | |

6/6

**Projects 30 %**

| Assignment | Assigned | Due | Points Possible | Points Earned | Note |
|---|---|---|---|---|---|
| | | | Average | -- | |

invited him to the meeting

(1) Mr. Weiden stated that there was growing resentment of parents.

(2) Said accused her of lying the parent

* Mr CW revealed in the meeting that he had not communicated w/me that parent

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 93 of 128 PageID #:93

Good Morning Ms. Fields-

Thanks for your e-mail and for communicating your understanding of my expectations as a result of our meeting during Block 3. Although your understanding is a starting point, it still does not clearly outline my expectations. Attached is a more specified version of my expectations. Please keep this for your records.



[Quoted text hidden]

---

 **Professional Expectations_Grading_Communicating_20150311.doc**
1141K

---

**Fields, Gloria** <gdfields@cps.edu>                                    Thu, Mar 12, 2015 at 8:24 AM
To: "Weiden, Chad" <cpweiden@cps.edu>

Good Morning,

Thank you.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

_Mr. Weiden was upset with me because I did not change a previously scheduled meeting that I had made with the parent. I did not know he had been invited._

**Edgebrook Elementary School**
6525 North Hiawatha   Chicago, IL 60646
773.534.1194   edgebrookschool.org



Wednesday March 11th, 2015

Meeting Agenda


I.      Purpose

II.     Grading Procedure: Point Value and Quantity of Assignments
<u>Expectations:</u>
*Similar assignments must have similar point value. For example, every Wordly Wise
Activity(A, B, C. D) are each worth 10 points.
*Develop and communicate a clear method for grading assignments that is consistent
acrosss your classes.
*In terms of quantityt of grades, Worldly Wise should only represent 30%-40% of grades
entered. The bulk of the evidence, suggesting student learning, should be from student's
ability to critically engage with texts.

III.    Communication with Parents
<u>Expectations:</u>
*Return parents e-mails within 48 hours(Business Days).
*Be able to articulate, in writing, point values and grading rubrics for student assigments.
*When in doubt, set up a time to talk to parents via phone. Often times, e-mail is an
insuffcent way to communciate when a parent is upset.

IV.     Consistency and Perception
<u>Expectations:</u>
*Remain aware of the perceptions from both our parents and students. Display effort in
adjusting their perpesctives in how you communciate with both students and parents.
*Ensure consistency throughout your professional expectations.

V.      Closing



3/20/2015 Chicago Public Schools Mail - Reflect and Learn

Fields, Gloria <gdfields@cps.edu>

# Reflect and Learn

2 messages

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Fri, Mar 20, 2015 at 12:13 PM

Good Afternoon—

Upon review of the ratings posted in the Reflect and Learn System, I see that you rated me as Unsatisfactory in Domain 3: Instruction. Specifically, 3a Communicating with Students. Since the launch of the Google Classroom, communication has been clear and concise. Any questions that the students may have, they are directed to email me. When I receive an email from a student, I respond in a timely manner.

At this time, your continued disrespect for me a a tenured teacher concerns me.

Sincerely,

Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Fri, Mar 20, 2015 at 2:58 PM

Good afternoon Ms. Fields-

If you take a closer look at Reflect and Learn, your did not receive an "Unsatisfactory" rating in all of Domain 3. You received an "Unsatisfactory" in component 3A and a "Basic" rating in components 3B-3E. If you had responded to my request for a post conference within 10 days of the observation, I would have been able to explain the ratings in person rather than share the ratings via Reflect and Learn. Since you still have not provided me with a post conference day and time, I went ahead and scheduled your post conference for this Monday at 8:45am in my office. I am confident that we will have a productive conversation that celebrates your strengths and identifies strategies to improve your instructional practice.

However, I am confused by your comment indicating my ..."continued disrespect for me a tenured teacher." As a professional, and per the contract, you deserve feedback on your teaching twice a year in the form of a formal and informal observation. As a professional, that feedback, aligned to classroom data, must be specific, tied to the REACH Framework and honest. Although the feedback may by hard to take at times, the purpose is to support your growth and development as a teacher. Again, that is what confused me regarding your comment. I provide you feedback because I believe your in capacity to grow and develop as an educator. To me, feedback is the highest form of professional respect. I am committed to your development as a professional.

In closing, please clarify for me how I have disrespected you through the informal observation process and please clarify how this is "continued". Lastly, please clarify why you included the word "tenured". Every teacher receives specific feedback based through the informal and formal observation process: both tenured and non tenured. I am highly confused how providing you feedback suggests: "continued disrespect for me a tenured teacher."

As always, I would be more than willing to discuss your concerns in person. Face to face conversations are always more beneficial to address concerns. My door is always open.



Chicago
Public
Schools

Weiden, Chad

## Post Conference Power Point and Next Steps

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Mon, Mar 23, 2015 at 5:14 PM

Ms. Fields-

Thanks for sitting down with me for your post conference this morning. I want to remind you that this observation is just one "snap shot" of your teaching. It is not summative in nature but rather formative for the purpose of providing feedback for one lesson. Often times, among the pressure around ratings and evaluations, we loose sight of the purpose of observations: feedback on your teaching.

Attached is the power point with your ratings and next steps. Please note the last slide has specific actions steps, resources and due dates(MARCH 30th) for implementation.Please let me know if you require additional support or help.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

**3 attachments**

Clarity Concept Overview.pdf *(32 pages)*
237K

Skillfull Teacher Clarity Ch..pdf
12734K

Post Conference_Fields_20150317.ppt
4144K

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>

Mon, Mar 23, 2015 at 6:21 PM

Good Evening--

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 97 of 128 PageID #:97

Good Evening—

The fifteen minutes were informational. I will review the three attachments.

In reference to Domain 3: Instruction–3a. Communicating with Students, I received the following ratings:

Chad Weiden Distinguished   November 8, 2013
Mary Clancy    Basic          February 24, 2014
Chad Weiden Proficient      December 12, 2014
Chad Weiden Unsatisfactory  March 17, 2015

For the record, I believe this is an unfair rating.

Sincerely,

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                     Tue, Mar 24, 2015 at 9:50 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning-

Thank you for your e-mail. I understand that you believe the "Unsatisfactory" rating to be unfair. However, I urge you to review the data and the language in the Framework. There was a significant amount of confusion regarding directions of the assignments as well as confusion in the assignment itself. At many times, you could have regrouped the class to explain and clarify but you did not. The language in the framework that applies to this lesson is as follows:

*"Teacher neither clearly communicates standards-based learning objective(s) to students not addresses their relevance to learning. Teacher's directions and procedures are confusing to students...Teacher's spoken and written language is unclear..."*

Although you believe the rating to be unfair, there is ample evidence to suggest the ratings is justified.

Regarding your previous ratings, please note that the "Distinguished" and "Proficient" ratings were issued under the formal observation process and the "Basic" and "Unsatisfactory" were issued under the informal observation process. I ask you to reflect on why your ratings differ between a formal and informal. This is an important trend to note and reflect upon.

[Quoted text hidden]

March 27, 2015

I read CW's Action Plan for me. The Action Plan includes "Embracing the Confusion in the Classroom". I do not know the "Why". Identify two instructional strategies based on the research due Monday, March 30th. I also received a chapter to read - identifying two additional strategies to use in the classroom. - Again, due date March 30th. I contacted the Union Field representative. On Thursday March 26th, I was informed by the Chicago Teacher's Union Field Representative, Annette Rizzo, that "a principal cannot give just me a task". He is not my college instructor.

Attached are the four ratings I have received under Mr. Wolder's principalship. The student scores have been great. Evidence to support that I have been effective in my teaching reflects in the student scores over the years.

**Domain 1: Planning and Preparation**

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 1a | Demonstrating Knowledge of Content and Pedagogy | View Rubric | | A | |
| 1b | Demonstrating Knowledge of Students | View Rubric | | A | |
| 1c | Selecting Learning Objectives | View Rubric | | A | |
| 1d | Designing Coherent Instruction | View Rubric | | A | |
| 1e | Designing Student Assessment | View Rubric | | A | |

**Domain 2: The Classroom Environment**

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 2a | Creating an Environment of Respect and Rapport | View Rubric | | A | |
| 2b | Establishing a Culture for Learning | View Rubric | A | | |
| 2c | Managing Classroom Procedures | View Rubric | | | A |
| 2d | Managing Student Behavior | View Rubric | | | A |

**Domain 3: Instruction**

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 3a | Communicating with Students | View Rubric | | | A |
| 3b | Using Questioning and Discussion Techniques | View Rubric | | A | |
| 3c | Engaging Students in Learning | View Rubric | | A | |
| 3d | Using Assessment in Instruction | View Rubric | | A | |
| 3e | Demonstrating Flexibility and Responsiveness | View Rubric | | A | |

**Domain 4: Professional Responsibilities**

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 4a | Reflecting on Teaching and Learning | View Rubric | | A | |

For: **Fields, Gloria Dean**

A  **Chad Weiden**  11/08/2013

## Domain 1: Planning and Preparation

|  | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|
| 1a | Demonstrating Knowledge of Content and Pedagogy — View Rubric |  |  |  |  |
| 1b | Demonstrating Knowledge of Students — View Rubric |  |  |  |  |
| 1c | Selecting Learning Objectives — View Rubric |  |  |  |  |
| 1d | Designing Coherent Instruction — View Rubric |  |  |  |  |
| 1e | Designing Student Assessment — View Rubric |  |  |  |  |

## Domain 2: The Classroom Environment

|  | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|
| 2a | Creating an Environment of Respect and Rapport — View Rubric |  |  |  | A |
| 2b | Establishing a Culture for Learning — View Rubric |  | A |  |  |
| 2c | Managing Classroom Procedures — View Rubric |  |  | A |  |
| 2d | Managing Student Behavior — View Rubric |  |  |  | A |

## Domain 3: Instruction

|  | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|
| 3a | Communicating with Students — View Rubric |  | A |  |  |
| 3b | Using Questioning and Discussion Techniques — View Rubric |  | A |  |  |
| 3c | Engaging Students in Learning — View Rubric |  | A |  |  |
| 3d | Using Assessment in Instruction — View Rubric |  |  | A |  |
| 3e | Demonstrating Flexibility and Responsiveness — View Rubric |  |  |  | A |

## Domain 4: Professional Responsibilities

|  | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|
| 4a | Reflecting on Teaching and Learning — View Rubric |  |  |  |  |

For: **Fields, Gloria Dean**

A **Mary Clancy** 02/24/2014

## Domain 1: Planning and Preparation

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 1a \| Demonstrating Knowledge of Content and Pedagogy | View Rubric | | A | | |
| 1b \| Demonstrating Knowledge of Students | View Rubric | | | | A |
| 1c \| Selecting Learning Objectives | View Rubric | | A | | |
| 1d \| Designing Coherent Instruction | View Rubric | | A | | |
| 1e \| Designing Student Assessment | View Rubric | | A | | |

## Domain 2: The Classroom Environment

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 2a \| Creating an Environment of Respect and Rapport | View Rubric | | | A | |
| 2b \| Establishing a Culture for Learning | View Rubric | | | A | |
| 2c \| Managing Classroom Procedures | View Rubric | | | | A |
| 2d \| Managing Student Behavior | View Rubric | | | | A |

## Domain 3: Instruction

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 3a \| Communicating with Students | View Rubric | | | A | |
| 3b \| Using Questioning and Discussion Techniques | View Rubric | | | | A |
| 3c \| Engaging Students in Learning | View Rubric | | | A | |
| 3d \| Using Assessment in Instruction | View Rubric | | | A | |
| 3e \| Demonstrating Flexibility and Responsiveness | View Rubric | | | | A |

## Domain 4: Professional Responsiblities

| | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 4a \| Reflecting on Teaching and Learning | View Rubric | | A | | |

For: **Fields, Gloria Dean**

A **Chad Weiden** 12/12/2014

| Domain 1: Planning and Preparation | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 1a | Demonstrating Knowledge of Content and Pedagogy | View Rubric | | | | |
| 1b | Demonstrating Knowledge of Students | View Rubric | | | | |
| 1c | Selecting Learning Objectives | View Rubric | | | | |
| 1d | Designing Coherent Instruction | View Rubric | | | | |
| 1e | Designing Student Assessment | View Rubric | | | | |

| Domain 2: The Classroom Environment | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 2a | Creating an Environment of Respect and Rapport | View Rubric | | | A | |
| 2b | Establishing a Culture for Learning | View Rubric | | A | | |
| 2c | Managing Classroom Procedures | View Rubric | | A | | |
| 2d | Managing Student Behavior | View Rubric | | | A | |

| Domain 3: Instruction | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 3a | Communicating with Students | View Rubric | A | | | |
| 3b | Using Questioning and Discussion Techniques | View Rubric | | | A | |
| 3c | Engaging Students in Learning | View Rubric | | | A | |
| 3d | Using Assessment in Instruction | View Rubric | | | A | |
| 3e | Demonstrating Flexibility and Responsiveness | View Rubric | | | A | |

| Domain 4: Professional Responsibilities | | Unsatisfactory | Basic | Proficient | Distinguished |
|---|---|---|---|---|---|
| 4a | Reflecting on Teaching and Learning | View Rubric | | | | |

For: **Fields, Gloria Dean**

A  **Chad Weiden**  03/17/2015

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 103 of 128 PageID #:103


## Chicago
## Public
## Schools

Fields, Gloria <gdfields@cps.edu>

---

# Informal Post Conference Data
3 messages

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Wed, Mar 25, 2015 at 1:25 PM

Good Morning—

Moving forward, I think it would be useful for me to have a copy of the data where you were Domain specific in your explanations.  Please make a copy for me.

Thanks!

Sincerely,
Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Thu, Mar 26, 2015 at 8:07 AM

Good Morning-

I am always willing to provide additional documents for your on-going support. I have a clarifying question. Do you mean a copy of the data where I went through and highlighted and noted evidence towards the different domains?
[Quoted text hidden]
—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>

Thu, Mar 26, 2015 at 11:51 AM

Yes.

| | | | | | More |
|---|---|---|---|---|---|

# Informal Observation Data- 20150226          Inbox   x

**Weiden, Chad**                                              3:09 PM (20 minutes ago)
to me

Good afternoon-


Thank you for having me in your classroom today. Attached you will find the following documents:

1. Observation Data
Take the next couple of days to read the data and reflect on your lesson.

2. Post Conference
Based on the data and your reflection, answer the questions on the Post Conference Document and rate you
the Framework for Teaching. You can find the Post Conference document here: Post Conference Document .
remember to upload the information in the post conference document to Reflect and Learn.

3. Framework for Teaching
As you rate yourself, please use the specific language in the Framework for Teaching. Please pay close atte
the  sub-categories underneath each component. Since this is an informal observation, we are only focusing
2 and 3.  Framework for Teaching

Please let me know when we can meet for your post conference. Provide me with 2-3 dates/times within the
school days.

I look forward to debriefing and talking with you about your teaching.


—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773 534 1104 (Main Office)

G. Fields

Formal Observation  *Should be Informal*

March 3rd, 2015

*Rewrite*

*March 27, 2015 @ 8:30 am*

| Observation Data |
|---|
| Domains 2-3 |

| Common Core State Standards: | Objectives: *Domain Specific* |
|---|---|

**Observation Data**

Teacher
Student

**1:30pm**

T good afternoon. We are gong to look at the questions and answer form last night in Google classroom.  ] *2 B*

S I think I did this wrong.
S I did two paragraphs.
S I did two themes and one paragraph.
S I did 1 theme.  ] *3 A*

T I am looking that 3 have been submitted for choice. Some of you still need to share. We are starting with Choice. Let's submit that. Can you submit it and read it to.

S Yes. You can read it after you submit.
S Wait, do we have to submit it?  ] *3 A*

T Your Chromebook?

One group asks a question.
T So, who is in your group?
S Sara...(can't hear)  ] *2 C*

S I am going to submit it right now.

T While you are waiting for me to come to your group....you should sit in your groups. *2 C*

S Sebastian.
S Jonathan.
S Wait, where are we going?
S Sit with your groups.  ] *3 A*

S OK.

Class moves to sit with their group. *2 C*

S I didn't even know we had another essay due. ] *3 A*

T Who submitted over here? Is this your group?

S We still need to work on the conclusion a little but.
S No we don't.  ] *3 A*
S You are not even in our group.

If Eli and his family have taken safe refuge what would happen next? ] *3 B*

Student explains he worked on the third paragraph o the essay. He did not know when the essay is due.

Does know not know what type of essay this is. Another student says it is an argumentative essay.  ] *3 A*

Teacher is meeting with one group one-on one.

T Jonathan. What are you working on?

S Group essay
T There is nothing funny about this.  ] *2 D*

**1:40pm**

Teacher is working on a document with students.
S Do we have to share this through the classroom?
T Yes. But to make changes you will have to submit? Did you collaborate?

*3 A*

S What do you mean?
T When was the last time you collaborated?
S Yesterday
T In class
S After school.
T Where is your original assignment?

*3D, 3E*

Teacher is helping Matt Nessi.
4 groups are done with essay and waiting for further direction.

**1:47pm**
One student is just getting started on his essay.
One group just submitted their essay.

*3 C, 3 A*

**1:55pm**
70% of the room has submitted the document. Students are waiting for further instructions.
Students beginning to talk to one another.

*3 A*
*3 C*

On the board: Argumentative writing, history fair topics and analogies.
Co-teacher and student leave the room.

*3A*

Teacher walks
T OK, final can't be in the 4th paragraph.
S Ohhh.
T Look at what I am telling you. Transitional words for argumentative writing.

*3 A*

Observer asks student who completed the essay what he is to do now.
S I guess I just going to work on this. (Points to Google Classroom assignment posted today.)

*3 A*

Night- Write a 3-paragraph response.
T Declan, are you entertaining Christopher?
S Yes.
T I am getting ready to move on to the next point.

*2D, 2 A*

**2:00pm**
Student says that teacher will give her a piece of poetry about night.
Student is highlighting words on her wordly wise workbook.
Student asks observer to explain the assignment that is posted on Google Classroom.
Students are looking for transitional words.

*3 C*

**2:05pm**
Student is working on wordly wise
S When we have nothing else to do, Ms. Fields to tell us to work on Wordly Wise.

*3 C, 3A*

**2:10pm**
Teacher just shared assignment via the Google Classroom:
*Introduction to Poetry*
*Do you consider the lyrics to the songs you listen to or play poetry?*
*What is a poet's purpose?*
S So, are we finishing Night.
S I think we finished that weeks ago.
S Are we still working on it?
S We are working on an essay?

*3 A*

Students begin to talk about poetry and whether RAP is poetry.
T: Is it?
T Line and form?
S Poems have more than just rhyming.

*3D*

S If Wikipedia says it is, then it is? Did you say that? According to Wikipedia, I am married.
Teacher is around her desk.

Teacher asks student what he is doing.

S I don't know what to do. Wait, what is this? Introduction to Poetry? I guess I could start to work on that.

**2:15pm**

Teacher still around her desk area.

Co-Teacher talking to two students about the 3-paragraph response to Night.

Teacher checks in with Adrian.

Student Googling images of gum.

Observer asks student what she is doing.

Student says she doesn't know. She is looking up the first original piece of gum.

**2:20pm**

Observation ends

| | |
|---|---|
| 50 | In Class Work on Night Essay |



Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

---

# Informal Post Conference Data

3 messages

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Wed, Mar 25, 2015 at 1:25 PM

Good Morning--

Moving forward, I think it would be useful for me to have a copy of the data where you were Domain specific in your explanations. Please make a copy for me.

Thanks!

Sincerely,
Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Thu, Mar 26, 2015 at 8:07 AM

Good Morning-

I am always willing to provide additional documents for your on-going support. I have a clarifying question. Do you mean a copy of the data where I went through and highlighted and noted evidence towards the different domains?
[Quoted text hidden]
--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>

Thu, Mar 26, 2015 at 11:51 AM

Yes.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 109 of 128 PageID #:109



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# [Update] Weekly Planning Session

1 message

**cpweiden@cps.edu** <cpweiden@cps.edu>
Reply-To: "cpweiden@cps.edu" <cpweiden@cps.edu>
To: "gdfields@cps.edu" <gdfields@cps.edu>, "cpweiden@cps.edu" <cpweiden@cps.edu>
Cc: gdfields@cps.edu

Fri, Mar 27, 2015 at 7:48 AM

I will be a little late to our session this morning. I am checking in with Ms. Randerson at 8:45am and then I will be by your room at 9:10am.

| Weekly Planning Session | |
|---|---|
| When | Fri Mar 27, 2015 8:45am – 9:05am Central Time |
| Who | • Chad Weiden - organizer |
| | • Gloria Fields |



Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 110 of 128 PageID #:110



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# Pop In Feedback- 20150331-Fields

4 messages

**Weiden, Chad** <cpweiden@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Tue, Mar 31, 2015 at 4:02 PM

Good afternoon-

Thanks for having me in your room today. Below is my feedback aligned to the REACH Framework and your next steps for instructional improvement. Please let me know if you would like to debrief in person. As I frequently mention, feedback is for your growth and development. I am here, as principal, to support your development so you can be the best teacher for our students. I will be in your classroom at least once a week to provide the on-going feedback you deserve as a professional.

3A
*I did not see an objective posted to the board nor did I hear an objective verbally communicated to the students. Furthermore, how did you address the "why" behind learning poetry today? I do see an agenda on the back board and a Reading Skill(Paraphrasing) and Literary Analysis(Sound Devices) skill that are not aligned with the activity the students are engaged in during the class.
*You did end the class informing students that they would continue the activity tomorrow. However, many students were talking. Also, I am firm believer in bell to bell teaching. Having students hang out at the door, waiting for the bell, is a loss of instructional time.

3C
*Overall, I am concerned that students answered questions out of a textbook for 35 minutes. I question the utilization of a textbook to drive the majority of instruction. Furthermore, why would you have students working out of a textbook instead of collaborating and engaging in discourse around specific poems? This type of instruction is not rigorous nor targeted for our student's needs.
*Additionally, after viewing the assignment on Google Classroom, where are your modifications and accommodations for students with special needs? There are 4 students in your classroom with IEPs and per their IEPs this type of assignment should have some sort of modifications.
*On the assignment, students simply had to write the definition of vocabulary words. Research indicates that students must interact with words 7-10 times before they truly "sink in". Please have students do more than just simply define a word. Have them identify synonyms, antonym, use the word in a sentence, draw a picture of the word, etc.
*You did check in with several students throughout the class clarifying questions. However, a majority of your time was spent grading Wordly Wise books, entering the grades on gradebook and returning the books to the students. This is an ineffective use of classroom time. Again, how are you engaging kids in discourse around the skills in the poetry unit? How are you leading the learning rather than a textbook leading the learning? Spending instructional time to grade is not acceptable moving forward.

Next steps:
*Per our Post Conference, the following was due to me by yesterday. Please turn them in by the end of the business day.

2B

*Visit the KC and review the following article:
Embracing Confusion in the Classroom
*Identify 2 instructional strategies to utilize based
on the research above. Due March 30th, 2015

3A

*Read Chapter Clarity from *The Skillful Teacher*
*Visit the KC and review the following instructional
strategy: What am I learning and Why?
*Identify 2 instructional strategies to utilize based
on the research above. Due March 30th 2015

Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>                                    Tue, Mar 31, 2015 at 4:27 PM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Rizzo, Annette M.** <AnnetteRizzo@ctulocal1.com>                        Thu, Apr 2, 2015 at 2:07 PM
To: "Fields, Gloria (gdfields@cps.edu)" <gdfields@cps.edu>

Gloria,

Please read the response from the REACH Department. It appears he is within his rights to give you detailed feedback. He cannot require you to do extra assignments.

He cannot meet with you to discuss this during your lunch time or during any of your self directed preps.

Annette Rizzo

Health and Benefits Coordinator

312-329-6236

Annetterizzo@ctulocal1.com

---

**From:** Caref, Carol R.
**Sent:** Tuesday, March 31, 2015 5:29 PM
**To:** Rizzo, Annette M.; Johnson, Jennifer L.
**Subject:** RE: Pop In Feedback- 20150331-Fields

A principal can observe a teacher as much as he wants. The number of observations that count for REACH are restricted to four per evaluation cycle, but even then, if there are more than four the highest 4 count. One way to look at this is that the principal is harassing the teacher. Another way to look at it is the principal is telling the teacher exactly what he wants her to do, which sometimes is helpful. I don't know enough about this particular situation to know, but since you feel she is being harassed, I'll go with that! The "assignments" with due dates definitely seems out of line.

*Carol Caref, PhD, Research Consultant*

# CHICAGO TEACHERS UNION
P: 312.329.6293 • F: 312.329.6205 • M: 773.791.5500

Merchandise Mart•350 N. Wells•Suite 400•Chicago•60654-1016

CTUnet.com • Facebook • Twitter

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 113 of 128 PageID #:113

**From:** Fields, Gloria [mailto:gdfields@cps.edu]
**Sent:** Tuesday, March 31, 2015 4:27 PM
**To:** Rizzo, Annette M.
**Subject:** Fwd: Pop In Feedback- 20150331-Fields

[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>                              Thu, Apr 2, 2015 at 2:09 PM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Thank you.

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

April 2, 2015
@ Noon. The principal came into
My classroom to discuss this
matter.


### Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

# Follow Up
4 messages

**Weiden, Chad** <cpweiden@cps.edu>                    Thu, Apr 2, 2015 at 2:45 PM
To: Gloria Fields <gdfields@cps.edu>

Good afternoon-

Thanks for meeting with me during lunch. Below is a re-cap from our meeting.

*You will submit the actions items from your post conference by Monday April 13th.
*You plan to take a family medical leave beginning April 20th. You do not know how long the leave will be. You will submit your paper work and schedule an appointment with me once you know more specific regarding the leave.

–
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**Fields, Gloria** <gdfields@cps.edu>                    Thu, Apr 2, 2015 at 3:48 PM
To: "Weiden, Chad" <cpweiden@cps.edu>

Mr. Weiden–

Please read the following:

Gloria,

Please read the response from the REACH Department. It appears he is within his rights to give you detailed feedback. He cannot require you to do extra assignments.

He cannot meet with you to discuss this during your lunch time or during any of your self directed preps.

Annette Rizzo

Health and Benefits Coordinator

312-329-6236

Annetterizzo@ctulocal1.com

Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                                    Fri, Apr 3, 2015 at 3:07 PM
To: "Fields, Gloria" <gdfields@cps.edu>

Ms. Fields-

After consulting the matter with both Labor Relations and the CPS REACH team, I do have the authority, as your principal, to ask you to develop your teaching through best practices and readings relevant to your professional growth. Please submit the 4 instructional strategies to me when you return to school on Monday April 13th, 2015.

[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>                                  Sat, Apr 4, 2015 at 2:38 AM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

Ms. Rizzo —
called me for permission
to share with the Law Dept
on Monday, April 6, 2015



Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

---

## FW: Edgebrook School

1 message

**Rizzo, Annette M.** <AnnetteRizzo@ctulocal1.com>     Mon, Apr 6, 2015 at 1:59 PM
To: "Fields, Gloria (gdfields@cps.edu)" <gdfields@cps.edu>

Gloria,

This is a copy of the communication sent to CPS.

Annette Rizzo

Health and Benefits Coordinator

312-329-6236

Annetterizzo@ctulocal1.com

---

**From:** Johnson, Jennifer L.
**Sent:** Monday, April 06, 2015 1:39 PM
**To:** Joseph Moriarty; Herring, Michael
**Cc:** Caref, Carol R.; Rizzo, Annette M.; Echevarria, Sara
**Subject:** FW: Edgebrook School
**Importance:** High
**Sensitivity:** Private

Joe and Mike,

We have recently been in contact with Gloria Fields, a teacher at Edgebrook ES. As a result of an observation, Gloria's principal gave her 32 pages of reading from a book and she was instructed to submit 4 instructional strategies to improve her teaching based on the reading. She was given a deadline by which to complete this "assignment." She did not complete this assignment by the deadline created by the principal and she has now been threatened with discipline and she is being told to complete additional work over her Spring Break vacation.

The principal, Chad Weiden, sent Gloria the following email:

Ms. Fields-

After consulting the matter with both Labor Relations and the CPS REACH team, I do have the authority, as your principal, to ask you to develop your teaching through best practices and readings relevant to your professional growth. Please submit the 4 instructional strategies to me when you return to school on Monday April 13th, 2015.

Based on this, we have several questions and concerns.

- **Article 39-5** of the contract clearly states that as a result of a post-observation conference, the teacher must be given <u>comments, feedback, ways, means and resources</u> to improve their instruction. That is not in question. However, there is no mandate to allow evaluators to assign additional paperwork or to create additional deadlines beyond which already exist within the REACH process.

- The evaluator clearly should provide the teacher with comments, feedback, ways, means and resources to improve (based on the Framework) and the teacher's implementation of the evaluator's suggestions will impact future observation results. Presumably, if the teacher implements the suggestions, the teacher's instructional practices will improve on the Framework because the evaluator is aligning their suggestions with the Framework and the teacher's most recent or trending component ratings on the Framework. The teacher is an instructional expert and has the ability to discern from the evaluator's comments, feedback, ways, means and resources what adjustments to their instruction they will make. However, there is no reason to threaten a teacher with discipline related to the ways, means and resources given by the evaluator. The REACH process allows a teacher to continue to be observed. An evaluator has the ability to assess a teacher's instructional practices at a future observation and if the evaluator does not believe that the teacher's instructional practices merit higher component ratings on the Framework than the previous observation after which the ways, means and resources were provided, then the evaluator's component ratings will reflect that. Disciplining the teacher for not completing a homework assignment ensures that the REACH process is no longer supportive. REACH conversations at conferences and the feedback of evaluators should be encouraging the teacher to reflect upon their practices and make pedagogical decisions as the instructional leader of their own classroom, not forcing the teacher to do extra paperwork that they may or may not feel is immediately appropriate in their classroom.

- Currently, there are two formalized plan processes related to REACH—the remediation plan and the PD plan. Additional unofficial "action plans" only serve to put additional stress and pressure on teachers. If an evaluator wants their teacher to make changes, the conferences during the REACH process allow the evaluator to engage the teacher in a dialogue where they can provide the teacher, from their view as the instructional leader of the school, the means to improve. Adding more layers and labels to this already time consuming process is unnecessary and when seemingly targeted at certain members and not others, it also borders on abusive.

- Is it the case that the Labor Relations Department and someone from the "CPS REACH team" (not sure who that is) is allowing and/or encouraging the principal to assign teachers homework and if it's not completed to discipline them? We hope not.

We are deeply concerned that the principal's policy of assigning Ms. Fields homework and threatening to discipline her are turning what is supposed to be a collaborative and supportive improvement process into an antagonistic compliance process.

Your attention to this matter is appreciated.

**Pre-Meeting Notice**
*(Steps 2)*

04/3/15

Gloria Fields
Teacher
Employee ID #: 000121168

Dear Ms. Fields:

The purpose of this letter is to invite you to a private, confidential meeting to discuss your conduct, namely in relation to timely submission of documents and following the directives of administration.

I am scheduling the meeting for:
- Tuesday April 14th, 2015 at 9:40am
- Room 115

Please be advised that you may have a union representative present to assist you at the meeting. If you choose to do so, you must contact your representative to secure his or her attendance. If you do elect to have union representation at the meeting, an assistant principal or other management representative may be present, as well.

I enclose all documents in my possession that I believe relate to the issues to be discussed.

Due to the severity of the allegations or the repeated nature of the conduct, this meeting may result in your being issued a final warning or a recommendation for your dismissal.


Sincerely,


Chad Weiden
Principal


cc:    Office of Employee Engagement (with enclosures)
        Chicago Teachers Union (with enclosures)

My signature below acknowledges receipt of this notice.


_____
                                                        Employee Name                    Date


Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

---

# Pre-Meeting Notice- Tuesday April 14th, 2015

5 messages

---

**Weiden, Chad** <cpweiden@cps.edu>                                    Fri, Apr 3, 2015 at 3:04 PM
To: Gloria Fields <gdfields@cps.edu>
Cc: Annette Rizzo <annetterizzo@ctulocal1.com>

Good afternoon Ms. Fields-

Please see attached Pre-Meeting Notice for Tuesday April 14, 2015 at 9:40am in Room 115. In addition,
supporting documentation for our Pre-Meeting is also attached. You will find hard copies in your mailbox. Please
sign and return the Pre-Meeting notice to me when you return on Monday April 13th.

I will get coverage for you to attend the meeting on Tuesday April 14th, 2015. Please let me know if you have any
questions.

--
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is
confidential and may be legally privileged. If you are not an intended
recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail is strictly prohibited. If you have received this
e-mail in error, please notify the sender and permanently delete the
e-mail and any attachments immediately. You should not retain, copy or use
this e-mail or any attachment for any purpose, nor disclose all or any
part of the contents to any other person. Thank you.

---

**2 attachments**

📄 **Pre_Meeting Notice_Fields_20150414.doc**
31K

📄 **PreConference_Supporting Documents_Fields_20150414.pdf**
291K

---

**Fields, Gloria** <gdfields@cps.edu>                                    Sat, Apr 4, 2015 at 2:37 AM
To: "Rizzo, Annette M." <AnnetteRizzo@ctulocal1.com>

Gloria D. Fields
Edgebrook School

4/13/2015                    Chicago Public Schools Mail - Pre-Meeting Notice - Tuesday April 14th 2015
Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 122 of 128 PageID #:120
[Quoted text hidden]

**2 attachments**

📄 **Pre_Meeting Notice_Fields_20150414.doc**
   31K

📄 **PreConference_Supporting Documents_Fields_20150414.pdf**
   291K

---

**Weiden, Chad** <cpweiden@cps.edu>                              Mon, Apr 13, 2015 at 7:53 AM
To: Gloria Fields <gdfields@cps.edu>
Cc: Annette Rizzo <annetterizzo@ctulocal1.com>

Ms. Fields-

I have decided to cancel our Pre-Meeting Conference scheduled for Tuesday April 14th, 2015. I plan not to reschedule to address the issue in the future. However, I would like to have a discussion with you about your instruction and professional growth that will *not* lead to discipline. Ms. Vance will cover your class so you do not have to meet during your preparation period. The meeting will last no more than 10 minutes.

Ms. Rizzo, you are more than welcome to attend despite the conversation not leading to discipline.
[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>                            Mon, Apr 13, 2015 at 10:02 AM
To: "Weiden, Chad" <cpweiden@cps.edu>

Good Morning,

It is my preference not to meet during instructional time.  I can meet with you after school for ten minutes.

Thank you.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Weiden, Chad** <cpweiden@cps.edu>                              Mon, Apr 13, 2015 at 10:08 AM
To: "Fields, Gloria" <gdfields@cps.edu>

Good Morning-

This e-mail is to confirm your request to meet during after school, on your own time, today at 3:40pm. Please meet me in my office.
[Quoted text hidden]

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 121 of 128 PageID #:121

 Chicago Public Schools

Fields, Gloria <gdfields@cps.edu>

## Your Impending Leave

5 messages

---

**Clancy, Mary** <mkclancy1@cps.edu>     *Ms. Vance was present.*     Tue, Apr 21, 2015 at 2:11 PM
To: Gloria Fields <gdfields@cps.edu>

Hi Gloria,

Per our conversation this morning, you informed me that you will not know until tomorrow if your leave is approved. In the meantime, three steps must be followed. You will have to follow through with the Aesop process and secure a sub for tomorrow and possibly the rest of the week. I know that Fiona is already secured for a couple of teachers this week and next. *Administration is not communicating with each other.*

Sub plans must be available for tomorrow and possibly the rest of the week.

✳ Lastly, you will need to communicate with us daily through email the status of your leave.

✳ As Ms. Vance communicated with you, please do not tell the students until we give you permission. When everything is in place, both the parents and students will be informed.

Thank you for you cooperation,

Mary Clancy

*Letter sent to 7th/8th grade parents. I did see letter until after it was shared w/students.*

---

**Fields, Gloria** <gdfields@cps.edu>     Tue, Apr 21, 2015 at 3:04 PM
To: "Clancy, Mary" <mkclancy1@cps.edu>, Chad Weiden <cpweiden@cps.edu>, Erica Vaccaro <elvaccaro@cps.edu>

Good Afternoon–

Per our conversation this morning, I stated that I would know my status hopefully by the end of the day. The FMLA has been approved from April 22, 2015 through May 22, 2015 (23 Days). I will use available sick days for my absences. It not mandatory that I communicate with you daily through email the status of my leave. I will complete the Release to Return to Work form and return it to Sedgwick at least seven days prior to my return to work.

Please advise me me how to make my share of the premium payments on my health benefits while I am on leave.

I will create the absences in Aesop now. Thank you for your assistance.

Sincerely,

Sincerely,
Gloria D. Fields
Edgebrook School
[Quoted text hidden]

---

**Vaccaro, Erica** <elvaccaro@cps.edu>     Tue, Apr 21, 2015 at 3:09 PM
To: Gloria Fields <gdfields@cps.edu>

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 122 of 128 PageID #:122

Cc: Mary Clancy <mkclancy1@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Hello Gloria,
Please direct your health care premium question to HR4U.
Best,
Erica

[Quoted text hidden]

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Vaccaro, Erica" <elvaccaro@cps.edu>

Tue, Apr 21, 2015 at 3:13 PM

Good Afternoon—

Thank you for the information.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Chad Weiden** <cpweiden@cps.edu>
To: "Vaccaro, Erica" <elvaccaro@cps.edu>
Cc: Gloria Fields <gdfields@cps.edu>, Mary Clancy <mkclancy1@cps.edu>

Tue, Apr 21, 2015 at 3:31 PM

Ms. Fields-

At this point, considering your leave has been approved, we wish you a safe and successful leave.  We look forward to seeing you return the 22nd of May.

Sent from an iPhone. Please excuse any typos or errors.
[Quoted text hidden]

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 123 of 128 PageID #:123

**Jen Johnson**

**Chicago Teachers Union**
**Quest Center Facilitator**

222 Merchandise Mart Plaza, Suite 400, Chicago, IL 60654

Phone: (312) 329-6295
Fax: (312) 329-6205
*JenniferJohnson@ctulocal1.com*

CTUnet.com • Facebook • Twitter

For early voting locations for the Chicago municipal runoff election, please visit: http://www.chicagoelections.com/en/early-voting.html

Early voting for the municipal runoff election is available in all 50 wards between Monday, March 23 and Saturday, April 4, 2015, Monday through Saturday from 9 am-5 pm.

The runoff election day is Tuesday, April 7, 2015.

*The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.*

Annette Rizzo

Health and Benefits Coordinator

312-329-6236

Annetterizzo@ctulocal1.com


Chicago
Public
Schools

Fields, Gloria <gdfields@cps.edu>

# Substitute

7 messages

---

**Fields, Gloria** <gdfields@cps.edu>
To: Chad Weiden <cpweiden@cps.edu>

Mon, Apr 20, 2015 at 6:43 PM

Good Evening—

Please let me know who the scheduled substitute is.

Thanks!

Sincerely,
Gloria D. Fields
Edgebrook School

---

**Weiden, Chad** <cpweiden@cps.edu>
To: "Fields, Gloria" <gdfields@cps.edu>

Mon, Apr 20, 2015 at 6:46 PM

Ms. Fields-

I have asked Ms. Clyde to take the TAT position with support from Mr. Miedona. Please plan with them accordingly.
[Quoted text hidden]

—
Sincerely,

Chad Weiden
Principal
Edgebrook Elementary School
6525 North Hiawatha Ave
Chicago, Illinois 60646
Phone: 773-534-1194 (Main Office)
*Work is love made visible.*

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this e-mail and any attachments is confidential and may be legally privileged. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

*Administration Not Communicating*

---

**Fields, Gloria** <gdfields@cps.edu>
To: "Weiden, Chad" <cpweiden@cps.edu>, Erica Vaccaro <elvaccaro@cps.edu>

Mon, Apr 20, 2015 at 7:33 PM

Good Evening—

I unsuccessfully attempted to schedule my absences in AESOP this evening because I could not locate Mrs.

Case: 1:15-cv-04581 Document #: 1 Filed: 05/26/15 Page 125 of 128 PageID #:125

`Clyde's name.
I will complete the necessary steps before I leave on Tuesday, April 21st.

Thank you.

Sincerely,

Gloria D. Fields
Edgebrook School

[Quoted text hidden]

---

**Vaccaro, Erica** <elvaccaro@cps.edu>
To: Gloria Fields <gdfields@cps.edu>
Cc: Chad Weiden <cpweiden@cps.edu>, Mary Clancy <mkclancy1@cps.edu>

Mon, Apr 20, 2015 at 7:44 PM

Hi Gloria,
Was your STD approved effective tomorrow or is it pending? The answer will determine how you are paid. If STD then I dont do your payroll. If it is pending I have to pay you sick time until it is approved. Just dont do Aesop if Fiona is already lined up. I will just make sure she is paid via Kronos until this all shakes out. Its not worth risking two subs showing up. Sound like a plan?
Erica

[Quoted text hidden]

---

**Vaccaro, Erica** <elvaccaro@cps.edu>
To: Gloria Fields <gdfields@cps.edu>

Mon, Apr 20, 2015 at 7:45 PM

Gloria,
Please go into Aesop and cancel your absence(s). Thank you and best to you and your daughter.
Erica

[Quoted text hidden]

---

**Chad Weiden** <cpweiden@cps.edu>
To: "Vaccaro, Erica" <elvaccaro@cps.edu>
Cc: Gloria Fields <gdfields@cps.edu>, Mary Clancy <mkclancy1@cps.edu>

Mon, Apr 20, 2015 at 7:57 PM

Good evening-

I'm confused regarding the start time of your leave. Was the leave approved? If so, what is the specific start time? If not approved or
pending, are you planning on being absent this week? In my absence tomorrow, please meet with both Ms. Vaccaro and Ms. Clancy so we all are on the same page.

Sent from an iPhone. Please excuse any typos or errors.
[Quoted text hidden]

---

**Vaccaro, Erica** <elvaccaro@cps.edu>
To: Gloria Fields <gdfields@cps.edu>
Cc: Mary Clancy <mkclancy1@cps.edu>, Chad Weiden <cpweiden@cps.edu>

Tue, Apr 21, 2015 at 11:19 AM

Dear Gloria,

As you know I am out sick these past two days. I am lying here trying to piece things together in regard to your email to me yesterday evening regarding not being able to assign Fiona Clyde in Aesop. After giving this some thought, I realized that Fiona is and will be unavailable to sub for you because she is already committed to work MTSS Tues thru Thurs mornings and then booked by other teachers outside of MTSS. My assumption from Mr. Weiden's response in the email thread is that Fiona would be alligned as your TAT when and if your STD was approved by Sedgwick. Therefore, I rescind my previous statement for you not to do Aesop if you are taking sick time outside of your STD claim. If that is the case you would then need to follow Edgebrook policy for absences which includes ,but is not limited to, lining up a preferred sub and doing Aesop. If needed,

I can do Aesop from home to over- ride a random sub for a preferred sub, if given the proper notice via CPS email. Proper notice to me is a minimum of 12 hours prior to the time of your absence (ie. Latest 8:30 pm this evening).

Best,

Erica Vaccaro

[Quoted text hidden]



**Edgebrook School**
**6525 N. Hiawatha**
**Chicago, Illinois 60646**

June 8, 2006

Dear Gloria Dean,

Thank you for your dedication and years of service during my tenure at Edgebrook School. Hiring you was one of the best decisions I made in my career. You are a fantastic teacher, a supportive colleague and a strong, unique woman. I have been honored to have you on my staff as a teacher, and look forward to nurturing our friendship during my retirement.

May you and your family have peace, prosperity and good health in the years to come.

Sincerely,

Diane Maciejewski

P.S. Who would have ever thought that pantyhose could be the start of a great professional collaboration?



**Mrs. Janice Kepka**
1219 N. Aspen Way
Addison, CAROL STREAM IL 601

18 JUL 2013 PM 3 L

USA | forever

Mr & Mrs Fields
6166 N Sheridan Rd # 6 D
Chicago Il
60668

0283699

Dear Gloria Jesse
Thank you for the
wonderful letter! It was
a lovely surprise (and I love
the heart!
Gloria thanks for letting
me throw you in the You
deep end again — again always came up a star.
Love Jan